IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(GALVESTON DIVISION)

| | | |
|---|---|---|
| ROSAMARIA GOMEZ RODRIGUEZ, Individually and as Personal Representative of the Estate of RODOLFO RODRIGUEZ, decedent, | § § § § § | |
| v. | § § | CASE #: 3:19-cv-00268 |
| UNION PACIFIC RAILROAD, INDIVIDUALLY, AND AS SUCCESSOR-IN-INTEREST TO SOUTHERN PACIFIC TRANSPORTATION COMPANY, Defendant. | § § § § § § | JURY TRIAL DEMANDED |

## PLAINTIFF'S EXPERT DISCLOSURES

Pursuant to the Court's Order (Doc. 15), as well as FED. R. CIV. P. 26(a)(2)(B), Plaintiff Rosamaria Gomez Rodriguez makes the following disclosures of expert witnesses who may provide opinion testimony within the ambit of Rules 702-05, FED. R. EVID.

Retained Experts. There are three retained experts in this case within the meaning of Rule 26 (a)(2)(B), FED. R. CIV. P

Richard L. Miller, CSP, CIH
Certified Industrial Hygienist – Certified Safety Professional
70 Trestletree Place
The Woodlands, TX 77380

Mr. Miller's report, *Curriculum Vitae*, case listing and fee schedule are attached as Exhibit A. Mr. Miller is designated as an expert in industrial hygiene. Generally, he may testify about industrial hygiene principles related to decedent's various toxic exposures while working for Defendant and anything within the scope of his expertise. He may also testify regarding his review of internal documents from Defendant and the railroad industry as they relate to employee exposures to various toxic substances and Defendant's knowledge of the same. Mr. Miller bases his opinions on his education, training, experience, case investigation and his research.

Daniel Catenacci, M.D.
5841 South Maryland Avenue MC2115
Chicago, IL 60637

Dr. Catenacci's report, *Curriculum Vitae*, and case listing are attached as Exhibit B. Dr. Catenacci is designated as an expert in internal medicine and gastrointestinal oncology. Dr. Catenacci will offer both general and specific causation opinions with regard to decedent that are within the scope of his expertise. Dr. Catenacci bases his opinions on his education, training, experience, case investigation and his research. His opinions will be held to a reasonable degree of certainty within his field of expertise.

Dr. Catenacci may also offer opinions about the reasonableness of decedent's medical bills and necessity of decedent's medical treatment.

Dr. Catenacci charges $600/hr for chart review, $750/hr for depositions, and $7000/day for trial.

Courtney Crim, MD
GlaxoSmithKline, Inc., 5.3317
5 Moore Drive
PO Box 13398
RTP, NC 27709-3398

Dr. Crim's report and *Curriculum Vitae* are attached as Exhibit C. He has not testified in the last five years. Dr. Crim is designated as an expert in pulmonology and is a certified b-reader. Dr. Crim will offer both general and specific causation opinions with regard to decedent having asbestosis. This is within his scope of his expertise. Dr. Crim bases his opinions on his education, training, experience, case investigation and his research. His opinions will be held to a reasonable degree of certainty within his field of expertise.

Dr. Crim charges $500/hr for chart review and $750/hr for deposition and trial testimony.

<u>Non-Retained Witnesses with Expertise</u>. There are a number of people in this case who have personal knowledge of facts, but who also have expertise that entitle them to render expert opinion testimony. They include the following treating medical providers and respective custodians of medical and billing records for decedent. Decedent's physicians listed below may testify to their treatment of decedent, decedent's injuries, the cause of decedent's injuries, decedent's ongoing medical needs, decedent's future treatment, and the reasonableness and necessity of the treatment provided to decedent and related medical bills. The custodians of records

may testify to the reasonableness and necessity of decedent's medical care and related medical bills.

>Philip Gifford, M.D.
>Midland Memorial Hospital
>400 Rosalind Redfern
>Midland, TX 79701
>
>Jayne McCauley, M.D.
>Midland Memorial Hospital
>400 Rosalind Redfern
>Midland, TX 79701
>
>Cara Bonawitz, M.D.
>DX Laboratory
>2008 West Ohio
>Midland, TX 79701
>
>Phillip Conlin, M.D.
>DX Laboratory
>2008 West Ohio
>Midland, TX 79701
>
>David Sanchez, M.D.
>Druanne Mills, RN/FNPC
>Alpine Medical Center
>202 N. 2nd St.
>Alpine, TX 79830
>
>John Paul Schwartz, D.O.
>105 E. Oak Street
>Marfa, TX 79843
>
>Texas Oncology
>Allison Cancer Center
>400 Rosalind Redfern Grover Parkway, Ste. 100
>Midland, TX 79701
>
>Fort Stockton Nursing Center
>501 N. Sycamore St.
>Ft. Stockton, TX 79735

Case 3:19-cv-00268 Document 131 Filed on 08/24/20 in TXSD Page 3 of 5

Defense Witnesses and Defense Designated Experts. Plaintiff reserves the right to adduce opinion testimony from any of Defendant's witnesses deposed or called to testify in this case and from any expert witnesses designated by any Defendant in this case.

Finally, Plaintiff also reserves the right, subject to agreement with counsel or approval by the Court, to amend this disclosure should other expert witnesses become discoverable or retained hereafter.

//
//
//

Respectfully submitted,

VICKERY & SHEPHERD, LLP

*/s/ Brian B. Winegar*
Brian B. Winegar
Texas Bar No. 24081218
Arnold Anderson Vickery
Texas Bar No. 20571800
Earl Landers Vickery
Texas Bar No. 20571900
10000 Memorial Dr., Suite 750
Houston, TX 77024-3485
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: andy@justiceseekers.com
Email: brian@justiceseekers.com
Email: lanny@justiceseekers.com

**Certificate of Service**

      I hereby certify a true and correct copy of the above and foregoing have been served upon all known counsel of record this the 24th day of August, 2020 by electronic mail, delivery receipt requested to the following counsel of record:

> Patrice Pujol, Esq.
> Forman Watkins & Krutz LLP
> 4900 Woodway Drive, Suite 940
> Houston, TX 77056-1800
>
> Jennifer M. Studebaker, Esq.
> Malissa Wilson, Esq.
> Forman Watkins & Krutz LLP
> 210 E Capitol Street, Suite 2200
> Jackson, MS 39201-2375

                                                */s/ Brian B. Winegar*
                                                Brian B. Winegar