# EXHIBIT B

**DANIEL VIRGIL THOMAS CATENACCI, M.D.**     February, 2019

---

## PERSONAL

**Office Address**:

| | |
|---|---|
| 5841 S. Maryland Ave MC2115 | Place of Birth: Sarnia, Ontario, Canada |
| Chicago, IL, 60637 | Citizenship:   Canadian, U.S. Permanent Resident |
| Office (773) 702-7596 | E-mail:       dcatenac@medicine.bsd.uchicago.edu |

## EDUCATION:

| | | |
|---|---|---|
| 1995-1999 | **Honors Bachelor of Science, BSc.** University of Waterloo, Waterloo, Ontario, Canada. |
| 1999-2003 | **Doctor of Medicine, MD.** Wayne State University, Detroit, Michigan. |
| 2011-2014 | **Master of Science in Health Studies, MSc** University of Chicago, Chicago, Illinois. |
| | Biostatistics, Clinical & Translational Investigation. |

## POSTDOCTORAL TRAINING:

2003-2006      **Internal Medicine Intern/Resident**
                       UCLA Medical Center, Los Angeles, California

2006-2007      **Clinical Fellow, Medical Oncology/Hematology**
                       University of Chicago Medical Center, Chicago, Illinois.
2007-2010      **GI Translational Research Fellow, Digestive Malignancies Laboratory**
                       PI: Ravi Salgia. University of Chicago Medical Center, Chicago, Illinois.

## POSTDOCTORAL EDUCATIONAL WORKSHOPS:

2007             **AACR "Molecular Biology in Clinical Oncology" Workshop**
                     Given Institute of the University of Colorado, Aspen, Colorado. July 1-7
2007-2008      **Clinical Research Training Program,**
                     **Essentials of Patient Oriented Research (EPOR I)**
                     University of Chicago Medical Center, Chicago, Illinois. **Fall & Winter**
2008             **Summer Workshops in Molecular Biology, New England Biolabs**
                     Smith College, Clark Science Center, Northampton, MA. July 6-19.
2008             **ECCO-AACR-ASCO "Methods in Clinical Cancer Research"**
                     Flims, Switzerland, June 21-27.
2017             **AAI "Advanced Course in Immunology"** Boston, MA. July 23-28.

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2010-2012 | Instructor, Department of Medicine, Section of Hematology/Oncology, University of Chicago, IL |
| 2010- | Member, Comprehensive Cancer Research Center, University of Chicago, IL |
| 2012-2018 | Assistant Professor, Department of Medicine, Hematology/Oncology, University of Chicago, IL |
| 2016-2018 | Associate Director, Gastrointestinal Oncology Program |
| 2018- | Director, Interdisciplinary Gastrointestinal Oncology Program |
| 2018- | Assistant Director, Translational Research, Comprehensive Cancer Center |
| 2019- | Associate Professor, Department of Medicine, Hematology/Oncology, University of Chicago, IL |

## HOSPITAL APPOINTMENTS

2010-             Attending Physician. University of Chicago Medical Center, Chicago, IL.

## LICENSURE AND CERTIFICATION:

Licensed to practice medicine:

**05/2005-2009**      California: #A91242
**07/2006-**            Illinois:    #036-115556
American Board of Internal Medicine:

Daniel Catenacci, M.D.

**2006-2016**          Internal Medicine
**2009-2019**          Medical Oncology     (Hematology: board eligible)
**PROFESSIONAL MEMBERSHIPS and ACTIVITIES:**

**1999-2003**     American Medical Association
**2003-2004**     American College of Physicians
**2002-**             The Pharos, Alpha Omega Alpha AΩA quarterly
**2005-**             Medical Council of Canada
**2006-**             American Society of Clinical Oncology, Associate Member
**2006-**             American Society of Hematology, Associate Member
**2007-**             American Association for Cancer Research, Associate Member
**2010-**             Associate Investigator Pharmacogenomics and Experimental Therapeutics
**2010-**             University of Chicago Comprehensive Cancer Center Member
**2013-**             American Gastroenterological Association, Associate Member
**2015-**             Overseas Fellow of the Royal Society of Medicine, United Kingdom

**HONORS AND AWARDS:**

**1995-1999 University of Waterloo**, Waterloo, Ontario, Canada**, (**Undergraduate**):**
- Dean's Honors List, Undergraduate Year I to Year IV.
- Nominated for the Governor General's Silver Medal and Alumni Gold Medal for highest academic standing in Faculty of Science, 1999
- Recipient of Sony of Canada Science Scholarship for highest academic standing, Faculty of Science, University of Waterloo, 1998

**1999-2003 Wayne State University** School of Medicine, Michigan (Medical School),:
- Honors with Highest Distinction (*Summa Cum Laude*), Years I to IV.
- *Alpha Omega Alpha* AΩA Honor Medical Society, Inducted Yr II, 2001

**1999-2003 Harvard Medical School**/Harvard Institute of Medicine (Medical School):
- William F. von Liebig Summer Research Fellowship,  Summer, 2000

**2003-2006 UCLA** Medical Center (Residency):
- Distinguished Teacher Award for UCLA Interns and Medical Students,   2004-2006

**2006-2010 University of Chicago** Medical Center (Fellowship):
- ASCO 2009 Young Investigator Award (YIA). 07/2009-06/2010.
- Amgen Hematology & Oncology Fellowship Grant Support Program, 04/2008-03/2009

**2010-2012 University of Chicago** Medical Center (Instructor):
- Cancer Research Foundation Young Investigator Award (CRF YIA).     10/2010-09/2011.
- K-12 Scholar. Paul Calabresi Career Development in Clinical Oncology. 10/2010-09/2013.
- NCI/CTEP Career Development LOI Awarded – A Randomized Discontinuation Trial of OSI-906 in metastatic Colorectal Cancer After Two or More Lines of Prior Therapy 10/29/2010.

**2012-2018 University of Chicago** Medical Center (Assistant Professor):
- ALLIANCE for Clinical Trials in Oncology Foundation Young Investigator Award 07/2012-06/2013
- Esophago-Gastric NCI Task Force, ALLIANCE Junior Member (06/2012-present)
- Best Abstract and Oral Presentation at the 5th Annual WIN (Worldwide Innovative Networking in Personalized Cancer Medicine) Symposium. July 7-10, 2013. Paris, France.
  - Towards personalized treatment for gastroesophageal adenocarcinoma: strategies to address inter- and intra- patient tumor heterogeneity: PANGEA
- Best Abstract Translational Research Faculty Category Annual Janet Rowley Research Day University of Chicago, March 4, 2014 PANGEA Clinical trial Design and Pilot results.
- K23 Scholar Awarded 9/2014-8/2017.
- Named on the "Chicago's Top Cancer Doctors' List. December, 2016
- Tree of Life Medical Award. Debbie's Dream Foundation for Stomach Cancer. April, 2018

**2019-**          **University of Chicago** Medical Center (Associate Professor):

**CLINICAL**

I am an adult Medical Oncologist with sub-specialization in Gastrointestinal Cancers, with focus on upper GI cancers, and special interest in Esophagogastric adenocarcinoma and Cholangiocarcinoma/Gallbladder cancer.

2

Daniel Catenacci, M.D.

**2010-** GI Oncology Clinic (1 day/week, 12 months/year, **30% effort**)
**2010-** Inpatient Service - Chemotherapy service, Housestaff Supportive Oncology (4 weeks/year, **10% effort**)
<u>**SCHOLARSHIP:**</u>
<u>**BIBLIOGRAPHY:**</u>
<u>*Peer Reviewed Articles*</u>:

### *Original Articles*

1. Zhang W, **Catenacci DVT,** Duan S, Ratain MJ. A Survey of the Population Genetic Variation in the Human Kinome. *J of Hum Genet.* Aug;54(8):488-92. 2009. PMID 19644514.

2. **Catenacci DVT,** Cervantes G, Yala S, Nelson EA, El-Hassani E, Kanteti R, El Dinali M, Hasina R, Brägelmann J, Seiwert T, Sanicola M, Henderson L, Grushko T, Olopade O, Karrison T, Bang YJ, Kim WH, Tretiakova M, Vokes EE, Frank DA, Kindler HL, Huet H, Salgia R. RON (*MST1R*) is a novel prognostic marker and therapeutic target for gastroesophageal adenocarcinoma. *Cancer Biol Ther.* 12:1, 1-38, July 1, 2011. PMID 21543897. **Featured Article**.

3. **Catenacci DVT**, Henderson L, Xiao SY, Priti Hegde, Premal Patel, Robert L. Yauch, Peterson A, Salgia R. Durable complete response of gastric cancer with anti-MET therapy followed by resistance at recurrence. *Cancer Discov.* 2011 Dec 1;1(7):573-579.PMID: 22389872.

4. Kanteti R, Krishnaswamy S, **Catenacci DVT**, Cervantes G, Henderson L, Tan Y, El-Hassani E, Husain AN, Tretiakova M, Huet R, Salgia R. Differential Expression of RON in Small and Non–Small Cell Lung Cancers. Epub May24 *Genes Chromosomes & Cancer 2012.* PMID 22585712.

5. Shah MA, Wainberg ZA, **Catenacci DVT**, Hochster HS, Ford J, Kunz P, Lee FC, Kallender H, Cecchi F, Rabe DC, Keer H, Martin AM, Liu Y, Gagnon R, Bonate P, Liu L, Gilmer T, Bottaro DP. Phase II Study Evaluating 2 Dosing Schedules of Oral Foretinib (GSK1363089) in patients with Advanced or Metastatic Gastric Cancer. *PLoS One*. 2013;8(3):e54014. PMID:23516391

6. <u>Geynisman DM</u>, Zha Y, Kunnavakkam R, Aklilu D, **Catenacci DVT**, Polite BN, Rosenbaum A, Namakydoust A, Karrison T, Gajewski TF, Kindler HL. A randomized pilot phase I study of modified Carcinoembryonic antigen (CEA) peptide (CAP1-6D)/Montanide/GM-CSF-vaccine (CEA-vac) in patients (pts) with pancreatic adenocarcinoma (PC). *Journal for ImmunoTherapy of Cancer* 2013, **1**:8. PMID pending

7. Ross JS, Wang K, Gay L, Al-Rohil R, Rand JV, Jones DM, Lee H, Sheehan CE, Otto GA, Palmer G, Yelensky R, Lipson D, Morosini D, Hawryluk M, **Catenacci DVT,** Miller VA, C Chaitanya, Stephens PJ.New routes to targeted therapy of intrahepatic cholangiocarcinomas revealed by Next Generation Sequencing. *Oncologist* 2014 Feb 21. PMID 24563076.

8. Salgia R, Patel P, Bothos J, Yu W, Bai S, **Catenacci DVT**, Peterson A, Ratain M, Polite B, Mehnert J, Moss R. Phase I dose-escalation study of onartuzumab as a single agent and in combination with bevacizumab in patients with advanced solid malignancies. Clin Cancer Res. 2014 Feb 27. PMID:24493831.

9. **Catenacci DVT**, Liao WL, Thyparambil S, Henderson L, , Peng Xu, Rambo B, <u>L Zhao</u>, Hart J, Xiao SY, Bengali K, Uzzell J, Dafler M, Krizman D, Cecchi F, Bottaro D, T Karrison, Veenstra TD, Hembrough T, Burrows J. Absolute Quantitation of c-Met using Mass Spectrometry for Clinical Application: Assay Precision, Stability, and Correlation with *MET* gene amplification in FFPE Tumor Tissue. *PLoS One*. 2014 Jul 1;9(7):e100586. PMID:24983965.

10. **Catenacci DVT**, <u>Amico A</u>, Nielsen S, Geynisman D, Carey GB, Gulden C, Fackenthal J, Kindler HK, Olopade F. Tumor Genome Includes Germline Genome - Are We Ready For Surprises? *International Journal of Cancer 2014 August 2014.* PMID 25123297.

11. **Catenacci DVT**. Next-generation clinical trials: Novel strategies to address the challenge of tumor molecular heterogeneity. For: Molecular Oncology Special Edition on "Innovative clinical trials for development of personalized cancer medicine". *Molecular Oncology October, 2014.* PMID 25557400

12. Ali SM, Sanford EM, Klempner SJ, Rubinson DA, Wang K, Palma NA, Chmielecki J, Yelensky R, Palmer GA, Morosini D, Lipson D, **Catenacci DVT**, Braiteh F, Erlich R, Stephens PJ, Ross JS, Ou SH, Miller VA. Prospective Comprehensive Genomic Profiling of Advanced Gastric Carcinoma Cases Reveals Frequent Clinically Relevant Genomic Alterations and New Routes for Targeted Therapies. *Oncologist.* 2015 Apr 16. PMID 25882375

3

Daniel Catenacci, M.D.

13. **Catenacci DVT**, <u>Chapman CG</u>, Xu P, Koons A, Konda V, Siddiqui U, Waxman I. Acquisition of Portal Vein Circulating Tumor Cells in Pancreatobiliary Cancers by EUS Guided Portal Vein Sampling. *Gastroenterology* doi: 10.1053/j.gastro.2015.08.050. [Epub ahead of print] PMID: 26341722

14. Ko AH, LoConte N, Tempero MA, Walker EJ, Kelley RK, Hough S, Chang WC, Vannier MW, **Catenacci DV**, Venook AP, Kindler HL. A phase I study of FOLFIRINOX plus IPI-926, a hedgehog pathway inhibitor, for advanced pancreatic adenocarcinoma. *Pancreas 2015 Sep 18* [Epub ahead of print]. PMID: 26390428

15. **Catenacci DVT**, Bahary N, Edelman M, Nattam S, Brockstein B, Sparano J, Kozloff M, Cohen D, Stiff P, Sleckman B, Thomas S, Lenz H, Henderson L, Vannier M, Karrison T, Stadler WM, Kindler HL. Final Analysis of a Phase Ib/Randomized Phase 2 Trial of Gemcitabine plus Placebo or Vismododib (GDC-0449), a Hedgehog Pathway Inhibitor, in Patients with Metastatic Pancreatic Cancer. *J Clin Oncol 2015 2015 Nov 2.* [Epub ahead of print]. PMID: 26527777

16. Ling S, Hu Z, Yang Z, Yang F, Li Y, Chen K, Dong L, Cao L, Tao Y, Hao L, Gong Q, Wu D, Li W, Zhao W, Tian X, Hao C, Hungate EA, **Catenacci DVT**, Li WH, Hudson RR, Lu X, Wu C. Extreme genetic diversity in a single tumor points to prevalence of non-Darwinian evolution. *PNAS 2015 Nov 12* [Epub ahead of print]. PMID 26561581

17. **Catenacci DVT,** Liao WL, <u>Zhao L, Whicomb E</u>, , Henderson L, O'Day E, Peng Xu, Thyparambil S, Bengali K, Uzzell J, Darfler M, Krizman D, Cecchi F, Blackler A, YJ Bang, Hart J, Xiao SY, Lee SM, Burrows J, Hembrough T. Quantification of HER2 from FFPE gastroesophageal adenocarcinoma tissues using mass spectrometry for clinical application. *Gastric Cancer* Nov 18 2015. [Epub ahead of print]. PMID 26581548

18. Coveler A, Ko A, **Catenacci DVT**, Von Hoff D, Becerra C, Whiting NC, Yang J, Wolpin B. A Phase I Clinical Trial of ASG-5ME, A Novel Drug-Antibody Conjugate, In Patients With Advanced Pancreatic and Gastric Cancers. [Epub ahead of print]. *Invest New Drugs* 2016. PMID 26994014

19. Sellappan S, Blackler A, Liao WL, O'Day E, Xu P, Thyparambil S, Cecchi F, Hembrough T, **Catenacci DVT**. Therapeutically induced changes in HER2, HER3, and EGFR protein expression for treatment guidance. *JNCCN* May 2016. 27160229

20. K Muro, H C ChungA, V Shankaran, R Geva, **DVT Catenacci,** S Gupta, JP Eder, T Golan, D Le, B Burtness, EC Dees, C Lin, K Pathiraja, J Lunceford, M Koshiji, YJ Bang. *Pembrolizumab for patients with PD-L1-positive advanced gastric cancer (KEYNOTE-012): a multicentre, open-label, phase 1b trial. Lancet Oncol* May 2016. 27157491

21. An E, Ock CY, Kim TY, Lee KH, Han SW, Im SA, Kim TY, Liao WL, Cecchi F, Blackler A, Thyparambil S, Kim WH, Burrows J, Hembrough T, **Catenacci D,** Oh DY, Bang YJ. Quantitative proteomic analysis of HER2 expression in the selection of gastric cancer patients for trastuzumab treatment. *Annals of Oncology* 2016 Sep 29. pii: mdw442. PMID: 27687309

22. Guo W, Ji Y, **Catenacci DVT**. A Subgroup Cluster Based Bayesian Adaptive Design for Precision Medicine. *Biometrics* 2016 Oct 24. doi: 10.1111/biom.12613.PMID:27775814

23. Javle MM, Bekaii-Saab T, Jain A, Wang Y, Kelley RK, Wang K, Kang HC, **Catenacci D**, Ali S, Krishnan S, Ahn D, Bocobo AG, Zuo M, Kaseb A, Miller V, Stephens PJ, Meric-Bernstam F, Shroff R, Ross J. Biliary cancer: Utility of next-generation sequencing for clinical management. *Cancer.* 2016 Sep 13. doi: 10.1002/cncr.30254. PMID: 27622582

24. Kindler HL, Gangadhar T, Karrison T, Hochster H, Moore M, Micetich K, Sun W, **Catenacci DVT**, Stadler WM, Vokes EE. Final analysis of a randomized phase II trial of bevacizumab and gemcitabine plus cetuximab or erlotinib in patients with advanced pancreatic cancer. J Clin Oncol. 2008 May 20;26(15_suppl):4502. PMID: 27949226

25. **Catenacci DVT**, Ang A, Shen J, Liao WL, Oliner KS, Loberg R, Rendak R, Xu P, Cecchi F, Burrows J, Hembrough T, Ruzzo A, Graziano F. MET Tyrosine Kinase Receptor Expression and Amplification as

4

Daniel Catenacci, M.D.

Prognostic Biomarkers of Survival in Gastroesophageal Adenocarcinoma. Epub *Cancer* 2016. PMID: 27926778

26. Bendell JC, Hochster H, Hart LL, Firdaus I, Mace JR, McFarlane JJ, Kozloff M, **Catenacci DVT**, Hsu JJ, Hack SP, Shames D, Phan SC, Cohn AL. Efficacy and safety results from a phase II randomised trial (GO27827) of first-line FOLFOX plus bevacizumab with or without onartuzumab in patients with metastatic colorectal cancer (mCRC). epub *The Oncologist*. PMID:  28209746

27. Marsh RD, Talamonti MS, Baker MS, Posner M, Roggin K, Matthews J, Catenacci D, Kozloff M, Polite B, Britto M, Wang C, Kindler H. Primary Systemic Therapy in Resectable Pancreatic Ductal Adenocarcinoma Using mFOLFIRINOX: a Pilot Study. J Surg Onc 2017. PMID:29044544

28. **Catenacci DVT**, Tebbutt NC, Davidenko I, Murad AM, Al-Batran S, Ilson DH, Tjulandin S, Gotovkin E, Karaszewska B, Bondarenko I, Tejani M, Udrea AA, Baker N, Oliner KS, Zhang Y, Hoang T, Sidhu R, Cunningham D.  Phase 3, Randomized, Double-blind, Multicenter, Placebo-controlled Trial of Rilotumumab Plus Epirubicin, Cisplatin, and Capecitabine as First-line Therapy in Patients with Advanced MET-positive Gastric or Gastroesophageal Junction Cancer: RILOMET-1 Study. *Lancet Oncol 2017 Epub 9/25/17*. PMID: 28958504

29. Pectasides E, Stachler MD, Dersk S, Lui Y, Maron S, Islam M, Alpert L, Kwak H, Kindler HL, Polite BP, Sharma MR, Allen K, O'Day E, Lomnicki S, Maranto M, Kanteti R, Fitzpatrick C, Weber C, Setia N, Xiao SY, Hart J, Nagy RJ, Kim KM, Choi MG, Min BH, Nason KS, O'Keefe L, Watanabe M, Baba H, Lanman R, Agonston T, Oh DJ, Dunford A, Thorner AR, Ducar MD, Wollison BM, Coleman HA, Ji Y, Posner M, Roggin K, Turaga K, Chang P, Hogarth K, Siddiqui U, Gelrud A, Ha G, Freeman SS, Rhoades J, Reed S, Gydush G, Rotem D, Davison J, Imamura Y, Adalasteinsson, Lee J, Bass AJ*, **Catenacci DVT***. Genomic Heterogeneity as a Barrier to Precision Medicine in Gastroesophageal Adenocarcinoma. *Epub ahead of print Oct 4 Cancer Discovery 2017*.  PMID 28978556

30. Fuchs CS,  Doi T, Jang RW, Muro K, Satoh T, Machado M, Sun W, Jalal SI, Shah M, Metges JP,  Garrido M, Golan T, Mandala M, Wainberg ZA, **Catenacci DV**, Ohtsu A, Shitara K, Geva R,  Bleeker J, Ko AH, Ku G, Philip P, Enzinger P, Bang YJ,  Levitan D, Wang J, Koshiji M, Dalal R, Yoon HH. Efficacy and Safety of Pembrolizumab Monotherapy in Patients with Previously Treated Advanced Gastric and Gastro-oesophageal Junction Cancer: Results from KEYNOTE-059. Epub ahead of print Mar 15 *JAMA Oncology 2018*. PMID 29543932

31. Maron S, Alpert L, Kwak HA, Lomnicki S, Chase L, Xu D, O'Day E, Nagy RJ, Lanman RB, Cecchi F, Hembrough T, Hart J, Xiao SY, Setia N, **Catenacci DVT**. Targeted therapies for targeted populations: anti-EGFR therapy for *EGFR* amplified gastroesophageal adenocarcinoma. *Epub ahead of print Feb 15  Cancer Discovery 2018*.PMID 29449271

32. Lyu J, Ji Y, Zhao N, **Catenacci DVT**. AAA: Triple-adaptive Bayesian designs for the identification of optimal dose combinations in dual-agent dose-finding trials. *JRSS* 2018.

33. Dahdaleh F, Sherman SK, Poli E, Vigneswaran J, Polite BN, Sharma MR, **Catenacci DV**, Maron SB, Turaga KK. Obstruction predicts worse long-term outcomes in Stage III colon cancer: a secondary analysis of the N0147 trial. *Surgery 2018* PMID 30297240.

34. Wong GS, Zhou J, Xu D, Xu X, Liu JB, Dulak A, Schumacher JP, Wu Z, Rustgi AK, Wong KK, Diehl A, Xu P, O'Day E, Rendak R, Henderson L, Liao WL, Cecchi F, Hembrough T, Schmidt O, Jensen K, Manning BD, Fershetein S, Mertins P, Carr SA, Beroukhim R, Nakamura K, Baba H, Imamura Y, **Catenacci DVT***, Bass AJ*. Amplification of wild-type *KRAS* drives intrinsic adaptive resistance to MEK inhibition in gastroesophageal cancer. *Nature Medicine 2018*. PMID 29808010.

35. Klempner SJ, Maron SB, Chase L, Lomnicki S, Waiburg ZA, **Catenacci DVT.** Initial Report of the Clinical Activity of Second Line FOLFIRI in Combination with Ramucirumab in Advanced Gastroesophageal Adenocarcinoma: A Multi-Institutional Retrospective Analysis. *The Oncologist 2018*. PMID 30470690.

36. Hong DS, LoRusso P, Hamid O, Janku F, Kittaneh M, **Catenacci DVT**, Chan E, Bekaii-Saab T, Gadgeel SM, Loberg RD, Amore B, Hwang Y, Tang R, Ngarmchamnanrith G, Kwak EL. Phase I Study of AMG337, a Highly Selective Small Molecule MET Inhibitor, in Patients With Advanced Solid Tumors. *CCR 2018*. PMID 30425090

Daniel Catenacci, M.D.

37. Sharma M, Joshi SS, Karrison TG, Allen K, Suh G, Phillips B, Marsh RD, Kozloff M, Polite, BP, **Catenacci** DVT, Kindler H. A *UGT1A1* genotype-guided dosing study of modified FOLFIRINOX in previously untreated patients with advanced gastrointestinal malignancies. *Cancer 2019*. PMID 30645764

38. Bang YJ, Muro K, **Catenacci DVT**, Garrido M, Koshiji M, Dalal R, Wainburg Z, Fuchs C, Kang Y. Pembrolizumab For the First-Line Treatment of Patients With Advanced Gastric or Gastroesophageal Junction Adenocarcinoma: Results From Cohorts 2 and 3 of the KEYNOTE-059 Study. *In press Gastric Cancer 2018.*

### *Editorials/Commentaries:*

39. Khoury J, **Catenacci DVT**. Next-generation companion diganostics: Promises, Challenges, and Solutions. *Archives of Pathology & Laboratory Medicine* Aug 28 2014. PMID 25166874.

40. **Catenacci DVT**. The Expansion Platform Type II Design: Testing a Treatment Strategy. *Epub Sept 8 2015 Lancet Oncology*. 26342235

41. Zhang SQ, **Catenacci DVT**. How can next-generation diagnostics aid pancreatic adenocarcinoma treatment? *Future Oncology* Mar 2016. 26831761

42. Elimova E, Janjigian Y, Mulcahy M, **Catenacci DV,** Blum MA, Almhanna K, Hecht JR, Ajani J. It is Time to Stop Using Epirubicin to Treat Any Gastroesophageal Adenocarcinoma Patient. *JCO* 2016 PMID 28129519

43. **Catenacci DVT**. When inhibitor 'MET' biomarker: Post-mortem or initium novum? *JCO PO 2018 in press*.

44. Klempner SJ, **Catenacci DVT**. Variety is the Spice of Life, But Maybe Not in Gastroesophageal Adenocarcinomas. *Cancer Discovery* 2019 PMID 30737213.

45. Rajagopal P, **Catenacci DV,** Olopade OO. The time for mainstreaming germline testing for breast cancer patients is now. *J Clin Oncol 2019 In press*

### *Reviews*:

46. **Catenacci DVT**, Schiller GJ. Myelodysplastic Syndromes: A Comprehensive Review. *Blood Reviews* Nov 2005; 19(6):301-319. PMID: 15885860 **Top 20 cited in *Blood Reviews* towards the 2007 impact factor.

47. **Catenacci DVT**, Kozloff M, Kindler HL, Polite B. Personalized Colon Cancer Care in 2010. *Semin Oncol.* 2011 Apr;38(2):284-308. PMID:21421118

48. Stricker T, **Catenacci DVT**, Seiwert TY. Molecular profiling of cancer – the future of personalized cancer medicine. A primer on cancer biology and the tools necessary to bring molecular testing to the clinic. *Semin Oncol.* 2011 Apr;38(2):173-185. PMID: 21421108

49. Geynisman DM, **Catenacci DVT**. Toward Personalized Treatment of Advanced Biliary Tract Cancers. *Discov Med.* 2012 Jul;14(74):41-57. PMID: 22846202.

50. Sehdev A, **Catenacci DVT**. Perioperative Therapy for Locally Advanced Gastroesophageal Cancer: Current Controversies and Consensus of Care. *Journal of Hematology & Oncology*. Sept 2013, 6:66. PMID: 24010946

51. Sehdev A, **Catenacci DVT**. Gastroesophageal Cancer: Focus on Epidemiology, Classification and Staging. *Discov Med*, September 2013 16(87):103-111. PMID: 23998446.

52. Maron S, **Catenacci DVT.** Update on Gastroesophageal Adenocarcinoma Targeted Therapies. *In Press Hematol Oncol Clin North Am.* Maron SB, **Catenacci DVT.** Novel Targeted Therapies for Esophagogastric Cancer. *Epub Surg Oncol Clin N Am* 2017. PMID: 28279470.

53. Maron SB, **Catenacci DVT.** Update on Gastroesophageal Adenocarcinoma Targeted Therapies. *Epub*

Daniel Catenacci, M.D.

*Hematol Oncol Clin North Am* 2017. PMID: 28501091

54. <u>Joshi SS, Maron SB</u>, **Catenacci DVT**. Pembrolizumab for treatment of advanced gastric and gastroesophageal junction adenocarcinoma. Nov 2. doi: 10.2217/fon-2017-0436. [Epub ahead of print] 2017 *Future Oncology*. PMID: 29094609

### *Book Chapters:*

55. **Catenacci DVT**, Cohen E., Villaflor V. Gastroesophageal Tumors: Principles and Practice. Chapter 33: Principles of Multimodality Therapy, pages 229-242. Mar 2009. (Edited by Jobe, Hunter and Thomas).

56. **Catenacci DVT.** Cancer Biology Review: A Case-Based Approach. Chapter 4: Cell Surface Receptors and Signal Transduction: Principles of Cancer Biology. 2014 (Edited by Stadler and Winters).

57. Polite BN, **Catenacci DVT**. ASCO Self Evaluation Program (SEP) 7th edition, Gastrointestinal Malignancies Chapter. 2021

### *Original Articles under revision, submitted or in preparation:*

58. Falchook G, Kurzrock R, Amin H, Fu Siqing, Piha-Paul S, Janku F, Eskandari G, **Catenacci DVT**, Klevesath M, Bruns R, Stammberger U, Johne A, Hong D. First-in-Human Phase I Trial of the Selective c-Met Inhibitor Tepotinib in Patients with Advanced Solid Tumors. *Manuscript submitted.*

59. Oliwa T, <u>Maron SB, Chase L, Lomnicki S</u>, Catenacci DVT, Furner B. Obtaining knowledge in pathology reports through a natural language processing approach with classification, named-entity recognition and relation-extraction heuristics. *Manuscript submitted.*

60. <u>Maron SB, Lomnicki S, Chase L, Joshi S</u>, Nagy B, Lanman R, Lee J, **Catenacci DVT**. 'Circulating tumor DNA sequencing of gastroesophageal adenocarcinoma.' *Manuscript submitted.*

61. Parikh AR, He Y, Hong T, Corcoran R, Clark J, Ryan D, Zou L, Ting D, **Catenacci DVT**, Chao J, Fakih M, Klempner SJ, Ross JS, Frampton GM, Miller VA, Ali SM, Schrock AB. Analysis of DNA damage response gene alterations and tumor mutational burden across 17,486 tubular GI carcinomas: Implications for therapy. *Manuscript in preparation.*

62. **Catenacci DVT,** Chao J, Klempner S, Janjigian Y, Kim R, Liepa A, Kuder C, Chin S, Shah M, Fuchs C. A Systematic Review of First and Second Line Randomized Controlled Trials for Advanced Gastroesophageal Adenocarcinoma:  Towards a Treatment Sequencing Strategy. *Manuscript in Preparation*

63. **Catenacci DVT,** Karrison T, Dignam J, Ji J. Statistical considerations of the 'Expansion Platform Clincial Trial Design Type II'. *Manuscript in preparation.*

64. Kanteti R, <u>Maron SB, Tumuluru S, Chase L, Henderson L</u>, **Catenacci DVT**. Targeted therapies for targeted populations: Met inhibition for *MET* amplified gastroesphageal adenocarcinoma.  AMG DN Merck Serono TL *Manuscript in Preparation*

**RESEARCH SUPPORT:**
**Current Grant Support:**

**R01** 5R01CA132897-07:  Bayesian Inference for Tumor Heterogeneity with Next Generation Sequencing Data from PANGEA. PI Yuan Ji (Biostatistician Northshore/University of Chicago. (2015-2020) (**Catenacci 10%**)
**Endoscopic Research  Award 2018 (PI Chapman)** "Liquid Biopsies of the Portal Vein Using Endoscopic Ultrasound for Next Generation Sequencing of circulating tumor DNA for Therapeutic and Prognostic Stratification in Pancreatic Cancer." (2018-2019) ($60,000, 0% effort).
**General Research Fund**: 2010-
**Ullman Scholar Award:** "Evaluation of intratumoral tumor and immune cell heterogeneity" (7/2018-6-/2019 $50,000, 0% effort).
**Live Like Katie Foundation Award**: 2013- ($300,000, **10% effort**)

Daniel Catenacci, M.D.

**Sal Ferrara Fund for PANGEA Award**: 2014- ($300,000, **10% effort**)
**Castle Foundation Award:** 12/31/16-12/31/2020 ($250,000 over 4 years, **15% effort**)

**Submitted/Planned Submission, Pending Grant Support:**

**Submitted: R01:** Modelling the Population Health Impact of Cancer Genomic Technologies by Race and Ethnicity. PI Fabrice Smieliauskas. (2018-2023, Catenacci **effort 5%**)
**Submitted: R01**: Integration of genomic and phenotypic data for cancer research and clinical support. PI Yitan Zhu, Northshore. (2018-2023, Catenacci **effort 10%**)
**Submitted: R01** PAR-18-654: Race-specific Regulation of Gene Networks. PI Isadore Ragoutsos (Jefferson). (2019-2023, Catenacci **effort 10%**).
**Submitted: Genentech Collaborative Funding:** Towards Personalized Immune and Targeted Therapies for Gastroesophageal Adenocarcinoma. PI Catenacci ($250,000 over 3 years, **25% effort**)
**Submitted: Translational Team Science Award W81XWH-18-PRCRP-TTSA DOD.** Characterizing genomic evolution and the development of resistance to kinase therapy in gastric adenocarcinoma. PIs Catenacci/Bass. (UoC 810K over 4 years, PI Catenacci **20% effort**).
**Planned R01:** Tumor Molecular and Immunologic Biomarker Heterogeneity in Gastroesophageal Adenocarcinoma. PI Catenacci **20% effort**  Plan 2/5/2018 cycle
**Planned: R01:** Targeting Wild-Type Amplified KRAS in Gastroesophageal Adenocarcinoma. PI Catenacci **20% effort**  Plan 2/5/2018 cycle

**Past Grant Support:**

**Amgen Hematology & Oncology Fellowship Grant**. "The Role of RON Receptor Tyrosine Kinase in Gastroesophageal Cancers" (7/2008-06/2009).
**CTSA-ITM Core Subsidies Fellow Grant. "**Immunohistochemical Evaluation of The Role of RON and MET Receptor Tyrosine Kinases in Gastroesophageal Cancers" (1/09-06/09).
**R21.** "Novel Targeted Therapy in Pancreatic Cancer". Co-PI Salgia/Kindler (07/2009-06/2011).
**ASCO 2009 Young Investigator Award**. "The Role of RON (MST1R) Receptor Tyrosine Kinase in Gastroesophageal Cancers as a Therapeutic Target." (07/09-06/10).
**Cancer Research Foundation** Young Investigator Award (CRF YIA). "**The Role of RON Tyrosine Kinase in Gastroesophageal Cancer**". $75,000 5% effort (1/2011-12-2011).
**American Research and Recovery Act (ARRA) NCI 8418.** "GDC-0449 for Pancreas" A Randomized phase 2 trial of gemcitabine plus GDC-0449, a Hh pathway inhibitor, in metastatic pancreatic cancer.
        PI Salgia/Kindler. (07/09-06/13). **Laboratory Correlates** PI Catenacci.  $35,000. 0% effort.
**ALLIANCE/CALGB** for Clinical Trials in Oncology Foundation YIA 07/2012-06/2013. "**Laboratory Correlatives Companion Study for CALGB 80101 Evaluating MET, RON, HER2, TOP2A and ERCC1 as Biomarkers for Gastroesophageal Adenocarcinoma.**" $30,000, 0% effort (07/1/12 – 6/2014)
**K-12**. Paul Calabresi Clinical Oncology Career Development K12 Program.**"The Role of RON Tyrosine Kinase in Gastroesophageal Cancer".** $125,500/yr (10/1/10 – 9/30/13, 75% effort)
"**The role of RON tyrosine kinase in relation to targeted MET inhibition in gastroesophageal cancer**." OSI Pharmaceuticals. 04/23/2012 – 04/22/2014 ($140,000, 5% effort)
**OncoPlex Diagnostics Collaborative Funding:** OncoPlex Dx Project ID: Work Orders 3,4,6 ($24,500 each, 2012-2014, 0% effort)
**UCCCC Pilot Precision Medicine Award**. "**Towards Personalized Treatment of Gastroesophageal Adenocarcinoma: A Pilot Trial of PANGEA**" 01/01/14-12/31/14  ($35,000, 0% effort )
**Amgen Collaborative Funding:** Evaluation of MET expression and gene copy number in gastroesophageal tissues.  09/09/2013 – 09/08/2015 ($183,500, 0.5% effort)
**ITM Pilot Award:** Exhaustive detection of drug resistance mutations. 9/2015-9/2016 ($35,000, 0% effort). PI Chung-I Wu/Catenacci DVT.
**K23. PANGEA–IMBBP Pilot Trial (Personalized Antibodies for GastroEsophageal Adenocarcinoma Pilot Trial)**. 9/11/14-8/31/17 ($156,000/yr, 75% effort).
        PI Daniel Catenacci.
**Genentech Collaborative Funding:** Towards Personalized Therapy of Gastroesophageal Adenocarcinoma. **(**$250,000 10/2014-10/2017, 10% **effort)**
**OncoPlex Diagnostics Collaborative Funding:** OncoPlex Dx Project ID: Work Order 7. ($140,000/yr) ($280,000 1/14/15-1/13/18, 0% **effort**)

8

Daniel Catenacci, M.D.

**ORAL PRESENTATIONS**

**Invited Speaking**

**_International Meetings/Conferences_**

**May 25, 2008.** "RON receptor tyrosine kinase: A novel therapeutic target of gastroesophageal adenocarcinoma." Chinese National Genome Center, Shanghai, China.

**May 26, 2008.** "RON receptor tyrosine kinase: A novel therapeutic target of gastroesophageal adenocarcinoma." First Peoples' Hospital, Shanghai, China.

**July 12, 2013** "Towards personalized treatment for gastroesophageal adenocarcinoma: strategies to address inter- and intra- patient tumor heterogeneity: PANGEA". WIN (Worldwide Innovative Networking in Personalized Cancer Medicine) 2013 5th Annual Conference. Paris, France. **Plenary Session ORAL Presentation & Best Abstract Award.**
http://ecancer.org/conference/328-win-symposium-2013/video/2151/strategies-to-address-inter--and-intra--patient-tumour-heterogeneity--pangea.php
http://www.winsymposium.org/abstracts/abstract-publication-2/
http://www.winsymposium.org/program/program-at-a-glance/presentations-july-12/

**January 15, 2015** "Tumor Board: Management of Challenging Cases of Upper Gastrointestinal Cancers (ARS)" Invited Panelist. ASCO GI 2015, San Francisco, CA.

**June 1, 2015** "Meeting Highlights: Gastrointestinal Cancer." ASCO Trainee & Early-Career Oncologist Lounge. ASCO 2015, Chicago IL.

**January 21, 2016** GI ASCO Oral Abstract Session – Discussant. ASCO GI 2016, San Francisco, CA.

**January 21, 2016** "General Session 3: Multimodal Approaches for Advanced GE Junction Cancers (East and West)--Challenging Cases" Session Chair. ASCO GI 2016, San Francisco, CA.

**June 29, 2017** GI ESMO Oral Abstract Session - Session VI Gastric Cancer LBA-009: **Catenacci DVT**, Wainberg Z, Fuchs CS, Garrido M, Bang YJ, Muro K, Savage M, Wang J, Koshiji M, Dalal RP, Kang YK. KEYNOTE-059 cohort 3: safety and efficacy of pembrolizumab (pembro) monotherapy for first-line treatment of patients (pts) with PD-L1-positive advanced gastric/gastroesophageal (G/GEJ) cancer. ESMO World GI July 28-30, 2017. *Barcelona Spain*. Oral Presentation, presented by Catenacci. Ann Oncol (2017) 28 (suppl_3): mdx302.008.

**October 18, 2017** World CDx Annual Summit – Session: Clinical Implementation and Validation- "Improving Patient Recruitment and Retention on Precision Medicine Clinical Trials". World CDx 9th Annual Summit Boston, MA.

**December 14, 2017** "Perioperative systemic chemotherapy and the practical use of triplet for borderline resectable mCRC patients". Chang Gung Memorial Hospital, Linkou District, Taiwan.

**December 16, 2017** "Annual update on the treatment for metastatic colorectal cancer and its impact on personalized therapeutic approach." Annual Meeting of the Society of Colon and Rectal Surgeons. Taipei, Taiwan.

**June 19, 2018** "Gastroesophageal tumor molecular heterogeneity, molecular evolution, and implications in the clinic" Samsung Medical Center. Seoul, Korea.

**June 21, 2018** Korean Cancer Association GI Gastric Cancer Plenary Session: "Overcoming tumor heterogeneity in Gastroesophageal Adenocarcinoma: the PANGEA trial" Korean Cancer Association

Daniel Catenacci, M.D.

Annual Meeting. Seoul, Korea.

**September  27, 2018**  2nd Annual AACR Conference Translational Medicine, Session: Precision Cancer Medicine: "Implementing precision strategies to address molecular heterogeneity for gastroesophageal adenocarcinoma". Sao Paolo, Brazil.

**May 9, 2019** 13th International Gastric Cancer Congress, Session Novel Drugs (Non-immune therapy): "Personalized treatment: How to overcome tumor heterogeneity". Prague, Czech Republic.

**September 9, 2019**  "Overcoming tumor heterogeneity in Gastroesophageal Adenocarcinoma: the PANGEA trial." Eleventh International Workshop on Pharmacodynamics of Anticancer Agents. Monestier, France.

### *National*

**January 13, 2010** Visiting Professor Lecture: "RON is a novel prognostic marker and therapeutic target for gastroesophageal adenocarcinoma." Northwestern University, Chicago, IL.

**March 12-14, 2010** "Novel therapies for gastroesophageal adenocarcinoma: A personalized treatment approach."  World Congress on Gastroenterology & Urology. Marriott Omaha, USA.

**June 21, 2011.** "RON tyrosine kinase in cancer: no longer MET's Little Brother!" OSI/Astellas Pharmaceuticals. Farmingdale, Long Island, NY.

**June 24, 2011.** "RON tyrosine kinase in cancer: no longer MET's Little Brother!" AVEO Pharmaceuticals, Inc. Cambridge, MA.

**October 5, 2011.** "Targeted Therapies A New Generation of Cancer Treatments." OptumHealth's 20th Annual National Conference. Hyatt Regency in Minneapolis, MN.

**October 20, 2011** "A Patient with Gastric Cancer Treated with a MET Inhibitor." Expert Forum on MET Inhibition. Oncology Network for Excellence. NCIR/CTEP, Bethesda, MD..

**October 21, 2011.** "Predicting Response to MET Targeted Agents with Biomarkers: *MET* Amplification." Expert Forum on MET Inhibition. Oncology Network for Excellence. NCI/CTEP, Bethesda, MD.

**February 22-25, 2012.** "MET tyrosine kinase: prognostic and predictive biomarkers of the MET pathway." 12th Annual Targeted Therapies of Lung Cancer Meeting. The Fairmont Miramar Hotel, Santa Monica, CA. Sponsored by the IASLC.

**September 20, 2012. "**Towards personalized treatment for gastroesophageal adenocarcinoma: strategies to address inter- and intra- patient tumor heterogeneity," Genentech, San Francisco.

**October 25-26, 2012.** "Gastrointestinal Cancer Overview: Gastroesophageal Adenocarcinoma, Colorectal Adenocarcinoma, Hepatocellular Carcinoma. FOCUS on MET Tyrosine Kinase." 2nd Annual Expert Forum on MET Inhibition. Oncology Network for Excellence. CTEP/NCI. Washington, DC.

**October 25-26, 2012.** "Gastroesophageal Adenocarcinoma: Strategies to address inter- & intra-patient tumor heterogeneity…a focus on MET."  2nd Annual Expert Forum on MET Inhibition. Oncology Network for Excellence.  CTEP/NCI. Washington, DC.

**October 25-26, 2012.** "Colorectal Cancer: FOCUS on MET Tyrosine Kinase." 2nd Annual Expert Forum on MET Inhibition. Oncology Network for Excellence. CTEP/NCI. Washington, DC.

**December 6, 2012. "**Towards personalized treatment for gastroesophageal adenocarcinoma: strategies to address inter- and intra- patient tumor heterogeneity…PANGEA." AVEO Pharmaceuticals, Inc. Cambridge, MA.

Daniel Catenacci, M.D.

**April 5, 2013. "**Moderated Roundtable Discussion: Defining the major knowledge gaps and priorities for future research of cholangiocarcinoma". Invited Panelist. CanLiv 3rd Annual Symposium: Harnessing Genomic-Driven Therapies for Hepatobiliary Cancers. Washington, DC.

**May 18, 2013.** "Treatment of Advanced Gastroesophageal Cancer: A Focus on Targeted Therapies" JACOB phase III Clinical Trial Investigators' Meeting: A double-blind, placebo-controlled, randomized, multicenter Phase III Study evaluating the efficacy and safety of pertuzumab in combination with trastuzumab and chemotherapy in patients with HER2-positive metastatic gastroesophageal junction and gastric cancer. International Investigator Meeting. InterContinental, Chicago, IL.

**June 20-22, 2013.** "Gastroesophageal Adenocarcinoma in The Era of Targeted Therapies: A Focus on MET" Amgen Oncology Global Advisory Board. Thousand Oaks, CA.

**May 4-6, 2014.** Detection of Portal Vein (PV) Circulating Tumor Cells (CTCs) in Pancreatic Cancer (PC) patients obtained by EUS guided PV Sampling.  A safety and Feasibility trial.  Accepted as an **Oral Presentation**. Digestive Disease Week 2014. Chicago, IL.

**November 24, 2014** Visiting Professor Lecture: "Strategies to address inter- and intra- patient tumor molecular heterogeneity using next-generation companion diagnostics and PANGEA: a novel clinical trial design". Nantworks/NantHealth, Los Angeles, CA.

**March 3, 2015.** Visiting Professor Lecture: "Strategies to address inter- and intra- patient tumor molecular heterogeneity using next-generation companion diagnostics and PANGEA: a novel clinical trial design". Grand Rounds University of California San Diego UCSD, CA.

**March 5, 2015.** Visiting Professor Lecture: "Strategies to address inter- and intra- patient tumor molecular heterogeneity using next-generation companion diagnostics and PANGEA: a novel clinical trial design". Section of Oncology Weekly Meeting, Stanford University. Palo Alto, CA.

**March 30/31, 2015.** "Next-Generation Clinical Trials Incorporating Next-Generation Companion Diagnostics". OMICS 2nd Annual Meeting, Patrick Soon-Shiong NantOmics. Los Angeles, CA.

**July 16, 2015.** "Next-Generation Clinical Trials Incorporating Next-Generation Companion Diagnostics". FDA gastric cancer mini-symposium. Silver Spring, MD.

**November 7, 2015** Debbie's Dream Foundation for Stomach Cancer Inaugural Chicago Symposium. Committee Chair and Organizer,  Moderator, Speaker ("Tumor Genomics, Immunotherapy, Clinical Trials, and Other Hopes for the Future"), O'Hare Marriot, Chicago IL.

**November 14, 2015.** "Tumors to the Liver: Metastatic Adenocarcinoma of Unknown Origin – Work up before Therapy and Role of Molecular Profiling to Sort it out" Hepatic Tumor Summit, Tampa FL.

**November 14, 2015.** "Does Molecular Profiling Predict Response to Therapy?" Hepatic Tumor Summit, Tampa FL.

**June 17, 2016.** Visiting Professor Lecture: "Tumor molecular heterogeneity, molecular evolution, and implications in the clinic." Roswell Park Grand Rounds, Buffalo NY.

**October 1, 2016.** "Tumor Genome Analysis Includes Germline Genome!! Are We Ready For Surprises??" National Society of Genetic Counsellors 35th Annual Meeting. Seattle WA.

**October 26, 2016.** Visiting Professor Lecture: "Determining the Clinical Utility of Plasma ctDNA Next-Generation Sequencing". Guardant Health. Redwood City, CA.

**May 12, 2017.** "Addressing Tumor Molecular Heterogeneity using A Novel Clinical Trial Design – PANGEA". Symposium on Dose Selection for Cancer Treatment Drugs: Novel Clinical Trial Designs for Cancer Treatments. Stanford, Palo Alto, California.

Daniel Catenacci, M.D.

**Novermber 3, 2017.** "KEYNOTE-059: Trial Efficacy and Safety of Pembrolizumab Alone or in Combination With Chemotherapy in Advanced Gastric or Gastroesophageal Cancer." KEYNOTE-585 National Initiation Investigator Meeting, Hilton Dallas Lincoln Centre, Dallas, Tx.

**January 16, 2018.** Visiting Professor Lecture: "Intra-patient molecular heterogeneity a barrier to successful implementation of precision medicine in gastroesophageal adenocarcinoma – how to address?." GI Oncology Grand Rounds University of California, San Francisco University of California San Francisco UCSF. San Francisco, CA.

**February 13, 2018.** Visiting Professor Lecture: "Tumor molecular heterogeneity, molecular evolution, and implications in the clinic." Cancer Center Seminar, University of Texas Southwestern, Dallas, TX.

**April 21, 2018.** "Chemotherapy, Targeted Treatments, and Immunotherapy for Gastric and Esophageal Cancer: Hope for the Future". Debbie's Dream Foundation for Stomach Cancer 8th Annual Symposium and Live Webcast. Hollywood, FL.

**August 4, 2018.** "Best of ASCO 2018 : Gastrointestinal  (Non Colorectal) Cancer".  Best of ASCO 2018, Denver, CO.

**August 6, 2018.** Visiting Professor Lecture: "Tumor molecular heterogeneity, molecular evolution, and implications in the clinic." Cancer Center Seminar. Yale University Medical Center. New Haven, CT.

**November 2, 2018.** "Gastroesophageal Adenocarcinoma Overview of Epidemiology, Molecular Profiling and Treatment." Phase III FIGHT study Investigator Meeting: A Study of Bemarituzumab (FPA144) Combined With Modified FOLFOX6 (mFOLFOX6) in Gastric/Gastroesophageal Junction Cancer (FIGHT). The Westin Austin Downtown. Austin, Tx.

**January 12, 2019.** ""Tumor molecular heterogeneity, molecular evolution, and implications in the clinic – testing a treatment algorithm." Cancer Center Showcase – Precision Oncology Applications and Utility at Cancer Centers Session. The Precision Medicine World Conference (PMWC) 2019. Santa Clara, CA.

### _Regional_

**March 13, 2009** "Targeting Hedgehog Signaling in Cancer," The University of Chicago Phase II Consortium 14th Annual Symposium, Gleacher Center, Chicago, IL.

**March 13, 2010.** "Targeting Hedgehog Signaling in Cancer," The University of Chicago Phase II Consortium 15th Annual Symposium, Gleacher Center, Chicago, IL.

**May 6, 2011.** "Perioperative Therapy for Gastroesophageal Adenocarcinoma". The 3rd Annual Controversies in the Management of Complex GI Patients Symposium. The Ritz Carlton Hotel, Chicago, IL.

**September 16, 2011.** "A Laboratory Correlative Companion Study for CALGG 80101 evaluating MET, RON, HER2, TOP2A, and ERCC1 as Biomarkers for Gastroesophageal Adenocarcinoma" ACTION (Alliance for Clinical Trials In Oncology Group). Hyatt Regency O'Hare, Rosemont, IL.

**Sept 15-18, 2011.** "Developmental Therapeutics in Oncology: Updates from ASCO 2011 Best of ASCO Meeting". The 14th Annual APAO Conference. APAO's Best of ASCO Oncology Meeting. The Chicago Wyndham Hotel.

**April 27, 2012.** "Pancreatic Cancer: Hedgehog Signaling & the new era of FOLFIRINOX". The University of Chicago Phase II Consortium 17th Annual Symposium, Gleacher Center, Chicago.

**April 27, 2012.** "Towards Personalized Cancer Care for Gastroesophageal Adenocarcinoma: Challenge, Controversy & Consensus," The University of Chicago Phase II Consortium 17th Annual Symposium, Gleacher Center, Chicago.

**September 07, 2012.** "Systemic Therapy for Hepatocellular Carcinoma (HCC) and Biliary Tract Cancers,"

Daniel Catenacci, M.D.

The 4th Annual Gastrointestinal Cancer Symposium: Update on the Management of GI Cancer Patients. The Ritz Carlton Hotel, Chicago, IL.

**April 12, 2013.** "Towards personalized treatment for gastroesophageal adenocarcinoma: strategies to address inter- and intra- patient tumor heterogeneity…<u>PANGEA</u>," The University of Chicago Phase II Consortium 18th Annual Symposium, Gleacher Center, Chicago.

**October 10, 2014** "Personalized Colon Cancer Care: Are we there yet?" University of Chicago Symposium: "Colon, Rectum and Beyond: Innovations in Management of Inflammatory Bowel Disease, Colorectal Cancer and Pelvic Floor Disorders".The Board of Regents Room, American College of Surgeons, North St. Clair, Chicago, IL.

**January 23, 2015** "Strategies to address inter- and intra- patient tumor molecular heterogeneity using next-generation companion diagnostics and PANGEA: a novel clinical trial design". Grand Rounds Northshore Hosptial, Chicago, IL.

**April 13, 2015** "Strategies to address inter- and intra- patient tumor molecular heterogeneity using next-generation companion diagnostics and PANGEA: a novel clinical trial design". NorthShore Scientific Society meeting, Chicago, IL.

**November 5, 2015** "Analyzing Your Genome". Rolfe Foundation Symposium on Personalized Medicine. Cancer Wellness Center, Northbrook, IL.

**April 8, 2016.** "Tumor Molecular Hetergenity, Molecular Evolution, and Implications in the clinic" The University of Chicago Phase II Consortium 21th Annual Symposium, Gleacher Center, Chicago.

**November 7, 2017.** "Personalized Medicine in the Gastrointestinal Oncology Clinic: Promises, Challenges, and Future Decisions". NorthShore Gut Club Quarterly Meeting. Skokie, IL.

**April 20, 2018**. Translational Research in Upper GI Cancers: Gastroesophageal Cancer & Cholangiocarcinoma." The University of Chicago Phase II Consortium 23rd Annual Symposium, Gleacher Center, Chicago.

## _Intramural_

**November, 2006** "Anticoagulants, Hemostasis, and Cancer – is the link c-MET? Case Presentation and Review of the literature." University of Chicago Hematology/Oncology Section Conference.

**June 25, 2007** "Cancer Stem Cells". University of Chicago Hematology/Oncology Section Conference..

**Oct 27, 2008** "RON Tyrosine Kinase: A Novel Molecular Target for the Treatment of Gastroesophageal Cancer." University of Chicago Hematology/Oncology Section Conference.

**Sept 14, 2009** "The Role of RON Receptor Tyrosine Kinase in Gastroesophageal Cancers – Why MET is Not Enough" University of Chicago Hematology/Oncology Section Conference.

**Chicago, IL, April 19, 2011.** "Adjuvant Chemotherapy for Colon Cancer: Towards a Personalized Approach". University of Chicago Department of Surgery Colorectal Cancer Conference.

**August 3, 2011.** "Career Development Seminar for Summer Research Students". University of Chicago Laboratories.

**August 29, 2011** "RON tyrosine kinase in cancer: no longer MET's Little Brother!"
University of Chicago Hematology/Oncology Section Conference.

**October 10, 2011.** "Novel Molecularly Targeted Therapies in Esophageal Cancer: Relevance of MET&RON" Lederer Foundation Annual Meeting. University of Chicago, Chicago, IL.

Daniel Catenacci, M.D.

**October 26, 2011.**  "Current trends in Colon Cancer Therapy: agents and approach" CANCER BIOLOGY 1: HUMAN CANCER PRESENTATION AND MODELING,

**October 31, 2012** "Current trends in Colon Cancer Therapy: agents and approach" CANCER BIOLOGY 1: HUMAN CANCER PRESENTATION AND MODELING,.

**November 27, 2012.** "Adjuvant Chemotherapy for Colon Cancer: Towards a Personalized Approach". University of Chicago Department of Surgery Colorectal Cancer Conference. Chicago, IL,

**November 14, 2012** "RON upregulation is a resistance mechanism to MET directed therapy in MET driven models." University of Chicago Department of Medicine Section of Hematology/Oncology Research Seminar, Chicago, IL.

**September 25, 2013.** "MET Tyrosine Kinase  and GI Cancers." University of Chicago Department of Medicine Section of Hematology/Oncology  AbbVie Meeting KCBD, Chicago, IL,

**February 14, 2014.** "Strategies to address inter- and intra- patient tumor molecular heterogeneity using next-generation companion diagnostics and PANGEA: a novel clinical trial design". UCCCC Translational Seminars.

**February 12, 2016.** "Tumor molecular heterogeneity, molecular evolution, and implications in the clinic". UCCCC Translational Seminars.

**March 6, 2017.** Genomic Heterogeneity as a Barrier to Precision Medicine for Gastroesophageal Adenocarcinoma: An update on PANGEA. Hematology/Oncology Section Monday Conference.

**INVITED, ELECTED SERVICE:**

| | |
|---|---|
| **2010-2015** | University of Chicago Clinical Trials Research Committee (CTRC) member |
| **2011-** | Agency for Healthcare Research and Quality (AHRQ) case reviewer, US Department of Health and Human Services. |
| **2012-13, 2014-17** | Esophago-Gastric NCI Task Force, ALLIANCE Junior Member |
| **2013-2015** | RILOMET-1 Amgen Phase III Trial Steering Committee Member |
| **2014-2016** | University of Chicago BSD Institutional Review Board (IRB) member |
| **2014-** | Data Safety Monitoring Committee: EMD Serono anti-PDL1 phase I trial. |
| **2014-** | Cholangiocarcioma Foundation Medical Advisory Committee Member |
| **2015-** | Debbie's Dream Foundation for Stomach Cancer Medical Advisory Committee Member |
| **2015-** | Physician Lead for the University of Chicago Cancer Center Genomic Project |
| **2015** | DOD Peer Review: Ad Hoc Reviewer Stomach Cancer |
| **2015-2017** | Hematology/Oncology Monthly Molecular Pathology Tumor Board Co-Chair |
| **2016-** | Biospecimens Committee Member |
| **2017-** | ASCO Esophageal Cancer Guideline Expert Panel Member |
| **2018-** | AACR Gastrointestinal Cancer Research Grants Scientific Review Committee – Gastric |
| **2018-** | DoD FY18 Peer Reviewed Cancer Research Program (PRCRP) – Gastric |
| **2018** | ASCO SEP 7th edition Co-author (with B. Polite) for GI Chapter |

**Editorial Activities**

*Ad hoc* **Reviewer:**
| | | |
|---|---|---|
| *Journal of Clinical Oncology JCO* | *Pharmacogenomics Journal* | *Tumor Biology* |
| *JCO Precision Oncology JCO PO* | *Mayo Clinic Proceedings* | *JNCCN* |
| *New England Journal of Medicine* | *Clinical Practice* | *Lancet Oncology* |
| *Nature Reviews Disease Primers* | *Current Cancer Drug Target* | *Future Medicine* |
| *Expert Review of Anticancer Therapy* | *Clinical Investigation* | *Future Oncology* |
| *Journal of National Cancer Institute* | *Molecular Cancer Research* | *Cancer* |
| *Inflammation & Allergy Drug Discovery* | *Trends in Molecular Medicine* | *Cancer Discovery* |
| *Histology and Histopathology* | *The Oncologist* | *Colorectal Cancer* |
| *World Journal of Gastroenterology (WJO)* | *Targeted Oncology* | *Oncotarget* |
| *Clinical Cancer Research* | *Molecular Cancer Therapeutics* | *JAMA Oncol* |

**Associate Editor:**

Daniel Catenacci, M.D.

**1/2019-present**  *Journal of American Medical Association Network Open* (*JAMA Network Open*); Oncology

**Editorial Board Membership:**
**1/2015 –present**  *World Journal of Clinical Oncology (WJCO)*
**7/2016 –present**  *Journal of Clinical Oncology (JCO) Precision Oncology*

<u>**CLINICAL PROTOCOLS**</u>:

### <u>International PI</u>

An International Phase 1/2 Study of GRT-C901/GRT-R902, a Personalized Neoantigen Immunotherapy, in Combination with Immune Checkpoint Blockade for Patients with Advanced Solid Tumors Open to Accrual 9/2018

FIGHT: A Phase 1/3 Study of FPA144 versus Placebo in Combination with Modified FOLFOX6 in Patients with Previously Untreated Advanced Gastric and Gastroesophageal Cancer. Open to Accrual 5/2018

A Phase 1b/2 Open Label, Dose Escalation Study of Margetuximab in Combination with Pembrolizumab in Patients with Relapsed/Refractory Advanced HER2+ Gastroesopahgeal Junction or Gastric Cancer. Open to accrual 4/2016

*A Phase II Clinical Trial of Pembrolizumab as Monotherapy and in Combination with Cisplatin+5-Flourouracil in Subjects with Recurrent or Metastatic Gastric or Gastroesophageal Junction Adenocarcinoma (KEYNOTE 059). Open to accrual August 2015; closed to accrual 4/2016*
  - **Oral presentation World GI ESMO, cohort 1**
  - **Author cohorts 1, 2, and 3**

A Phase III, Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Rilotumumab (AMG 102) with Epirubicin, Cisplatin, and Capecitabine (ECX) as First-line Therapy in Advanced MET-Positive Gastric or Gastroesophageal Junction Adenocarcinoma. (RILOMET-1) Amgen.  Open to accrual January 2013, *Terminated November 2014.  Closed to accrual.*
  - **RILOMET-1 Steering Committee Member**
  - **Senior Author on final analysis abstract ASCO 2015, first author manuscript .**

### <u>National PI</u>

**NCI-MATCH –** *MET* amplified (C1 Arm) and exon 14 deletion (C2 Arm) arms (Crizotinib) **Translational Correlatives Chair**. Open to enrollment 5/2016.

*A Phase 1 Open-Label, Dose-Finding Study Evaluating Safety and Pharmacokinetics of FPA144 in Patients with Advanced Solid Tumors. Open to accrual January, 2016. Closed.*

### <u>Investigator Initiated Trials PI</u>:

PANGEA -1MBBP Trial (Personalized Antibodies for GastroEsophageal Adenocarcinoma Pilot Trial) – NCT02213289. Open to accrual.

A pilot trial of perioperative mFOLFIRINOX with UGT1A1 genotyping for gastroesophageal adenocarcinoma – open to accrual 11/2014 - NCT02366819.

Understanding the Role of Genetics in Solid Tumor Malignancies. IRB 15-0443. Open to accrual 2/2016. PI: J Churpek, D Catenacci, H. Kindler. University of Chicago Medical Center.

A Multicenter Randomized Placebo-controlled Phase 2 Trial of Gemcitabine plus GDC-0449 (NSC 747691), a Hedgehog Pathway Inhibitor, in Patients with Metastatic Pancreatic Cancer (10052747). <u>NCI/CTEP</u>. <u>Opened to accrual Sept 1, 2009</u>. (ARRA funded) *Closed to accrual*
    Co-PI: H Kindler, D Catenacci, University of Chicago Medical Center.

15

Daniel Catenacci, M.D.

- Laboratory and Radiological Correlatives, D Catenacci
- Interim Analysis presented as Poster Discussion at ASCO 2012
- Final Analysis to be presented as Poster Discussion at ASCO 2013
- *Manuscript published JCO 9/2015*

2007-present: GI Tissue Banking Protocols:
  - **Retrospective IRB  16146B – currently accruing**
  - **Prospective Procurement IRB 16294A– currently accruing**
  - **Prospective Procurement IRB XX – Internal NGS 1212 gene molecular panel**
  PI: D Catenacci, University of Chicago Medical Center.

2004:  Phase I/II Clinical Trial of Azacytidine and Arsenic Trioxide combination treatment of Myelodysplastic Syndromes.
  PI: G Schiller, UCLA Medical Center. *Closed to accrual*

**Site PI Pharma Sponsored:**

A Phase 3, Global, Multi-Center, Double-Blind, Randomized, Efficacy Study of IMAB362 Plus mFOLFOX6 Compared with Placebo Plus mFOLFOX6 as First-line Treatment of Subjects with Claudin (CLDN)18.2-Positive, HER2-Negative, Locally Advanced Unresectable or Metastatic Gastric or Gastroesophageal Junction (GEJ) Adenocarcinoma. *Open to Accrual 2/1/19.*
    Trial Steering Committee Member.

A Phase III, Randomized, Double-Blind, Clinical Trial of Pembrolizumab (MK-3475) plus Chemotherapy (XP or FP) versus Placebo plus Chemotherapy (XP or FP) as Neoadjuvant/Adjuvant Treatment for Subjects with Gastric and Gastroesophageal Junction (GEJ) Adenocarcinoma (KEYNOTE-585). *Accrual on hold until FLOT-pembro phase I completed.*

An International Phase 1/2 Study of GRT-C901/GRT-R902, a Personalized Neoantigen Immunotherapy, in Combination with Immune Checkpoint Blockade for Patients with Advanced Solid Tumors *Open to* Accrual 9/2018

A Phase 1/3 Study of FPA144 versus Placebo in Combination with Modified FOLFOX6 in Patients with Previously Untreated Advanced Gastric and Gastroesophageal Cancer.  Open to Accrual 5/2018

A Phase 1/2, Open-Label, Safety, Tolerability, and Efficacy Study of Epacadostat in Combination with Pembrolizumab and Chemotherapy in Subjects with Advanced or Metastatic Solid Tumors (ECHO-207/KEYNOTE-723). Open to accrual 11/2017

Combination with Cisplatin and 5-Fluorouracil versus Placebo in Combination with Cisplatin and 5-Fluorouracil as First-Line Treatment in Subjects with Advanced/Metastatic Esophageal Carcinoma (KEYNOTE-590). Open to accrual 10/2017

A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of AG-120 in Previously-Treated Subjects with Nonresectable or Metastatic Cholangiocarcinoma with an IDH1 Mutation Open to accrual May 2017

A Randomized, Multicenter, Double Blind, Phase III Study of Nivolumab or Placebo, in Subjects with Resected Lower Esophageal, or Gastroesophageal Junction Cancer. Open to accrual 8/2016.

A Phase 1b/2 Open Label, Dose Escalation Study of Margetuximab in Combination with Pembrolizumab in Patients with Relapsed/Refractory Advanced HER2+ Gastroesopahgeal Junction or Gastric Cancer. Open 4/2016.

*A Phase II, Open-Label, Single-Arm, Multicenter Study to Evaluate the Efficacy and Safety of INCB054828 in Subjects with Advanced/Metastatic or Surgically Unresectable Cholangiocarcinoma Including FGFR2 Translocations who Failed Previous Therapy Closed to accrual 10/2018*

16

Daniel Catenacci, M.D.

*A Phase 1b/2 Study of MEDI4736 in Combination with Tremelimumab, MEDI4736 Monotherapy, and Tremelimumab Monotherapy in Subjects with Metastatic or Recurrent Gastric or Gastroesophageal Junction Adenocarcinoma. Closed to accrual 5/2018*

*A Phase 1b Open-Label Study of PEGylated Recombinant Human Hyaluronidase (PEGPH20) Combined with Pembrolizumab in Subjects with Selected Hyaluronan-High Solid Tumors. Closed to accrual 4/2018.*

*A Phase 2, Open-Label, Randomized Study to Evaluate the Efficacy and Safety of GS-5745 Combined with Nivolumab versus Nivolumab Alone in Subjects with Unresectable or Recurrent Gastric or Gastroesophageal Junction Adenocarcinoma. Closed to accrual 4/2017*

*Randomized, Double-Blind Phase 3 Study Evaluating TAS-102 Plus Best Supportive Care (BSC) Versus Placebo Plus BSC in Patients with Metastatic Gastric Cancer Refractory to Standard Treatments. Open to Accrual 4/2016, closed to accrual 11/30/17*

*A Phase 2, Open-label Evaluation of CRS-207 and Pembrolizumab in Adults with Recurrent or Metastatic Gastric, Gastroesophageal Junction, or Esophageal Adenocarcinomas. Terminated early.*

*A Randomized, Active-Controlled, Partially Blinded, Biomarker Select, Phase III Clinical Trial of Pembrolizumab as Monotherapy and in Combination with Cisplatin+5-Fluorouracil versus Placebo+Cisplatin+5-Fluorouracil as First-Line Treatment in Subjects with Advanced Gastric or Gastroesophageal Junction (GEJ) Adenocarcinoma (KEYNOTE 062). Open to Accrual 3/2016 Closed to Accrual 6/2017.*

*A021302: Impact of Early FDG-PET Directed Intervention on Preoperative Therapy for Locally Advanced Gastric Cancer: A Random Assignment Phase II Study. Open to accrual October 2015.*

*A Phase 1 Open-Label, Dose-Finding Study Evaluating Safety and Pharmacokinetics of FPA144 in Patients with Advanced Solid Tumors. Open to accrual January, 2016. Closed.*

*A Phase II Clinical Trial of Pembrolizumab as Monotherapy and in Combination with Cisplatin+5-Flourouracil in Subjects with Recurrent or Metastatic Gastric or Gastroesophageal Junction Adenocarcinoma (KEYNOTE 059). Open to accrual August 2015; closed to accrual 4/2016*

*ARQ197-A-U303 A Phase III, Randomized, Double-Blind Study of Tivantinib (ARQ 197) in Subjects with MET Diagnostic-High Inoperable Hepatocellular Carcinoma (HCC) Treated with One Prior Systemic Therapy. Open to accrual January 2013. Closed to accrual.*

*A Double-Blind, Placebo-Controlled, Randomized, Multicenter Phase III Study Evaluating the Efficacy and Saftery of Pertuzumab in Combination with Trastuzumab and Chemotherapy in Patients with Her2-Positive Metastatic Gastroesophageal Junction and Gastric Cancer (JACOB study). Open to accrual July 2013. Closed to accrual.*

*A phase I open-label, non-randomized, dose-escalation first-in-man trial to investigate the c-Met kinase inhibitor EMD 1214063 under two different regimens in subjects with advanced solid tumors. Phase I expansion for MET amplification. Open to accrual November, 2013. Closed to accrual.*

*Phase Ib Multi-Cohort Study of MK-3475 in Subjects with Advanced Solid Tumors  - Gastric/EGJ cohort PI for anti-PD1 inhibitor. Open to accrual November, 2013. Closed to accrual.*

*Phase 1, First-in-Human Study Evaluating the Safety, Tolerability, and Pharmacokinetics of AMG 337 in Adult Subjects with Advanced Solid Tumors. Open to accrual September 2013. Closed to accrual.*

*A Phase III, Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Rilotumumab (AMG 102) with Epirubicin, Cisplatin, and Capecitabine (ECX) as First-line Therapy in Advanced MET-Positive Gastric or Gastroesophageal Junction Adenocarcinoma. (RILOMET-1) Amgen.  Open to accrual January 2013, Terminated November 2014. Closed to accrual.*

Daniel Catenacci, M.D.

- *RILOMET-1 Steering Committee Member*
- **Senior Author on efficacy abstract ASCO 2015**

*A Randomized, Phase III, Multicenter, Double-Blind, Placebo-Controlled Study Evaluating The Efficacy And Safety Of Onartuzumab (Metmab) In Combination With 5-Fluorouracil, Folinic Acid, And Oxaliplatin (MFOLFOX6) In Patients With Metastatic HER2-Negative, Met-Positive Gastroesophageal Cancer. Open to accrual July 2013. Closed to accrual.*

*A Pilot Study of neoadjuvant and adjuvant mFOLFIRINOX in localized, resectable pancreatic adenocarcinoma. Co-PI (Kindler). Closed to accrual.*

*A Phase 2b Randomized, Open-Label Trial of JX-594 (Vaccinia GM-CSF / TK-deactivated Virus) Plus Best Supportive Care Versus Best Supportive Care in Patients with Advanced Hepatocellular Carcinoma Who Have Failed Sorafenib Treatment. Jennerex. Closed to accrual.*

*ECOG E1208: A Phase III Randomized Trial of Chemoembolization with or without Sorafenib in Unresectable Hepatocellular Carcinoma (HCC) in Patients with and without Vascular Invasion. Closed to accrual.*

*CALGB 80802: Phase III randomized study of sorafenib (IND 69896, NSC 724772) plus doxorubicin versus sorafenib in patients with advanced hepatocellular carcinoma (HCC). Closed to accrual.*

*A Phase 1, Open-Label, Dose Escalation Study of ASG-5ME in Patients with Pancreatic or Gastric Adenocarcinoma. Seattle Genetics. Closed to accrual.*

*A Randomized, Phase II, Multicenter, Double-Bline, Placebo-Controlled Study Evaluating The Efficacy and Saftey of Onartuzumab (MetMAb) in Combination with 5-Fluorouracil, Flinic Acid, and Oxaliplatin (mFOLFOX6) in Patients with Mestatatic HER2-Negative Gastro-esophageal Cancer. Genentech. Closed to Accrual.*

*Randomized, Double Blind, Phase II Study of FOLFOX Bevacizumab with MetMAb versus Placebo as First Line Treatment for Patients with Metastatic Colorectal Cancer. Genentech/Sarah Cannon. Closed to Accrual.*

*SWOG S0809: A Phase II Trial of Adjuvant Capecitabine/Gemcitabine Chemotherapy Followed by Concurrent Capecitabine and Radiotherapy in Extrahepatic Cholangiocarcinoma (EHCC). SWOG. Closed to Accrual.*

*A Multicenter Randomized Placebo-controlled Phase 2 Trial of Gemcitabine plus GDC-0449 (NSC 747691), a Hedgehog Pathway Inhibitor, in Patients with Metastatic Pancreatic Cancer (10052747). NCI/CTEP. Opened to accrual Sept 1, 2009. NCI/CTEP. Closed to accrual (ARRA funded)*

*A Randomized, Double Blind Placebo Controlled Phase 2 Study of FOLFOX plus or minus GDC-0449 in patients with advanced gastric and gastroesophageal junction (GEJ) carcinoma. NCI/CTEP. Closed to accrual.*

*A Multicenter Random Assignment Phase II Study of Irinotecan and Alvocidib (flavopiridol) versus Irinotecan Alone for Patients with p53 wild type Gastric Adenocarcinoma NCI/CTEP. Closed to accrual.*

*A Phase 2, Randomized, Double-blind, Placebo-controlled Study Evaluating the Safety and Efficacy of FOLFIRI in Combination With AMG 479 or AMG 655 Versus FOLFIRI for the Second-line Treatment of KRAS-mutant Metastatic Colorectal Carcinoma. Amgen. Closed to accrual.*

Daniel Catenacci, M.D.

**TEACHING ACTIVITIES:**

***University of Chicago Medical Center, Chicago, Illinois. 2010-present***

**For the College (B.A., B.S.):**

    (a)  Didactic
             2011-   Annual Lecture on Career Development Seminar for Summer Research Students

    (b)  Clinical
             2011-   Preceptor weekly for undergraduate students (1 student per year).

**For Graduate Programs (Masters, Ph.D,):**

    (a)  Didactic
             2011-   Graduate Course CANCER BIOLOGY I CABI 30800: HUMAN CANCER
                     PRESENTATION AND MODELING: Annually one lecture on Colon Cancer
                     Graduate Course CANCER BIOLOGY III
                     Annually one lecture on Gastroesophageal Cancer
             2011-   Annual Lecture on Career Development Seminar for Summer Research Students

**For Pritzker School of Medicine (M.D.):**

    (a)  Didactic
             2011-   Career Development In Oncology presentation one lecture per inpatient rotation.
             2011-   Annual Lecture on Career Development Seminar for Summer Research Students
             2014    Teaching Assistant for MEDC-30011: Epidemiology and Research Design
                 •   Epidemiology and Research Design MEDC-30011 Medical Student (year 1)
                    Course: Small group session Instructor.

    (b)  Clinical
             2010-   Daily inpatient rounding 4 weeks per year. 0-2 students per rotation.
             2011-   M1 Longitudinal Program Preceptor weekly (1-2 students).

**For Graduate Medical Education (Residency and Clinical Fellowships):**

    (a)  Didactic
             2010-   Discussant, Medical Oncology Fellows Journal Club, Grant Writing, Board Review.
             2010-   Annual Lecture to First Year Fellows on "Gastroesophageal", "Cholangiocarcinoma",
                     and "Translational Medicine Basics".
             2012    Discussant, Internal Medicine Residents Clinical-Pathologic Correlates Conference
             2015    "Meeting Highlights: Gastrointestinal Cancer." ASCO Trainee & Early-Career Oncologist
                     Lounge. ASCO 2015, Chicago IL.
             2016-   Annual Lectures to Surgical Residents and Fellows (General and Cardiothoracic) for
                     Esophagogastric Cancer.

    (b)  Clinical
             2010-   Daily inpatient rounding 4 weeks per year ~2-4 residents/interns, 2 fellows per rotation.
             2010-   Supervision of fellows, residents in outpatient GI oncology clinic weekly (0-3 fellows)

***University of Chicago Medical Center, Chicago, Illinois. 2006-2010:***
    •  Medical Student Lecture Series
        ○  "Myelodysplasia", "Mesothelioma", "Hepatocellular Carcinoma".

Daniel Catenacci, M.D.

*UCLA Medical Center, Westwood, California. 2004-2006:*
- Distinguished Teacher Award for UCLA Interns and Medical Students.
  - Teaching clinical medicine to Interns and Medical Students.

*Wayne State University Medical School, Detroit, Michigan. 2000-2003:*
- Tutor for individual and group sessions:
  - Anatomy, Histology, Biochemistry, Physiology, Neuroscience.

*University of Waterloo, Waterloo, Ontario, Canada 1995-1999:*
- Teacher Assistant in Science laboratories at University of Waterloo:
  - Cell Biology, Histology, Microbiology, 1997-1999

*Lambton Kent District School Board, Sarnia, Ontario, Canada. 1997-1999:*
- Summer School Teacher Assistant
  - Mathematics, Grades 9-12.


**University of Chicago Research Trainees/Mentees:**

**Highschool Mentorship:**

2012:   IMSA (Igniting and Nurturing Creative, Ethical Scientific Minds that advance the human condition
            Jiwon Kwak
            Nitya Pariti
2018:   Ocean Malka Chicago EYES on Cancer Summer Study
**Undergraduate Mentorship**
2011:       Ciara Zagaja – Laboratory Fellowship June-August 2011.


**Graduate School Mentorship**
2015/16:    Sravya Tumuluru  - preparation for Graduate School at University of Chicago Medicine & Biological Sciences, as a technician in my laboratory
                Tumuluru S, Xu D, Xu P, Henderson L, Catenacci DVT. Targeted therapies for targeted populations: MET inhibition for *MET* amplified gastroesophageal cancer. *In Preparation*
**Medical Student Letters/Mentorship/Teaching**
2009- :     Mohamed El Dinali – clinical reference letter
                John Wojcik - clinical reference letter
                Obinna Orji – clinical reference letter

**Longitudinal Program at Pritzker for MS1**
2010-2011:      Christine Anterasian
                David Bluhm
2011-2012:      Claire Naus
                Alan Hutchison
2012-2013:      Chenyu Lin
                Arjun Dayal
2013-2014       Jennifer Jones (MS3)
                Guarav Ajmani
                Daniel Camacho
2014-2015       Chijioke "CJ" Ikonte
2015-2016       Chantai Tian

2011            University of Chicago Pritzker Summer Research Program – Cluster Group Leader

**Resident Mentorship**
2010:       Anna Halpern – (yr 3) clinical reference letter, career development

20

Daniel Catenacci, M.D.

| | | |
|---|---|---|
| 2014: | Andrew Hantel – (yr 1) translational research in GI malignancies |
| 2017-2018 | Syed Abdur-Rahman – clinical trial coordinator, internal medicine residency letter application |

**Fellow Mentorship**
2010:       Manish Sharma    - OSI-906 clinical LOI/protocol design and submission
2011:       Ahad Sadiq        - ARQ197 clinical LOI for GEC first line metastatic.
              Dan Geynisman    - ARQ197 clinical LOI/correlates papillary renal cancer, Cholangiocarcinoma
2012:       Emilio Araujo Mino - clinical reference letter
              Dan Geynisman     - Upper Gi Maligancies
2013:       Amikar Sehdev      - Upper Gi Maligancies
              Erica Ramsdale     - Upper Gi Maligancies
              Vassiliki Saloura   -  Upper Gi Maligancies
              Andrea Amico       - Family Risk of Upper and other GI Malignancies
2014:       Andrea Amico       - Family Risk of Upper and other GI Malignancies

- Amico A, Nielsen S, Geynisman D, Rambo B, Carey GB, Gulden C, Facekenthal J, Olopade O, **Catenacci D.** Challenges of applying tumor genome analysis to the germline: Examples from GI Oncology. AACR Cancer Susceptibility and Cancer Susceptibility Syndromes conference. San Diego, CA. January 29-February 1, 2014.

              Hollis Walker      - Upper and other GI Malignancies
              Jen Veneris        - Upper GI Malignancies
              Steve Maron        - GI database procurement/Colon cancer expression analysis mass spec
              Chris Chapman      - Upper GI malignancies, EUS portal venous sampling for CTCs and cfDNA

- Waxman I, Chapman C, Koons A, Konda V, Siddiqui U, Gelrud A, Xu P, **Catenacci DVT.** Detection of  Portal Vein (PV) Circulating Tumor Cells (CTCs) in Pancreatic Cancer (PC) patients obtained by EUS guided PV Sampling.   A safety and Feasibility trial.   Accepted as an Oral Presentation. Digestive Disease Week 2014. Chicago, IL. May 4-6, 2014.

2015/16:     Steve Maron         -Immuno-Oncology Molecular Profiling of esophagogastric cancer
                                   -GI database procurement/Brain metastases project

- Maron S, Luke J, Hovey R, Bao R, Gajweski T, Ji Y, Seiwert T, **Catenacci DVT.** Molecular Characterization of T-Cell-Inflamed Gastroesophageal Cancer. WIN 2016, Paris France. Best Abstract and Oral Presentation.

              Hollis Walker      - Upper and other GI Malignancies
              Nanna Sulai        - Upper and other GI Malignancies
              Shuang Q Zhang    - Pancreatic Cancer and other Upper and other GI Malignancies

- Zhang SQ, **Catenacci DVT.** How **c**an next-generation diagnostics aid pancreatic adenocarcinoma treatment? *Future Oncology* Mar 2016. 26831761

2016/17:     Steve Maron         -Immuno-Oncology Molecular Profiling of esophagogastric cancer
                                   -GI database procurement/Brain metastases project

- Maron S, Luke J, Hovey R, Bao R, Gajweski T, Ji Y, **Catenacci DVT.** SITC annual conference, Orlando FL Feb, 2017. Identification of T cell-inflamed gastric adenocarcinoma in TCGA
- *Pectasides E, *Stachler MD, *Dersk S, *Lui Y, *Maron S, Islam M, Alpert L, Kwak H, Kindler HL, Polite BP, Sharma MR, Allen K, O'Day E, Lomnicki S, Maranto M, Kanteti R, Fitzpatrick C, Weber C, Setia N, Xiao SY, Hart J, Nagy RJ, Kim KM, Choi MG, Min BH, Nason KS, O'Keefe L, Watanabe M, Baba H, Lanman R, Agonston T, Oh DJ, Dunford A, Thorner AR, Ducar MD, Wollison BM, Coleman HA, Ji Y, Posner M, Roggin K, Turaga K, Chang P, Hogarth K, Siddiqui U, Gelrud A, Ha G, Freeman SS, Rhoades J, Reed S, Gydush G, Rotem D, Davison J, Imamura Y, Adalasteinsson, Lee J, Bass AJ, **Catenacci DVT**. Genomic Heterogeneity as a Barrier to Precision Medicine in Gastroesophageal Adenocarcinoma. *Epub ahead of print  Oct 4 Cancer Discovery 2017.* PMID 28978556  * co-first authors
  Maron SB, **Catenacci DVT.** Novel Targeted Therapies for Esophagogastric Cancer. *Epub Surg Oncol Clin N Am* 2017. PMID: 28279470.
  Maron SB, **Catenacci DVT.** Update on Gastroesophageal Adenocarcinoma Targeted Therapies. *Epub Hematol Oncol Clin North Am* 2017. PMID: 28501091
- Maron SB, Lomnicki S, Chase L, Joshi S, Nagy B, Lanman R, Lee J, Catenacci DVT. 'Genomic

21

Daniel Catenacci, M.D.

landscape of cell-free DNA in patients with gastroesophageal adenocarcinoma' *manuscript in preparation.*

| | |
|---|---|
| Sope Olugbile | - TCR sequencing in patients (MSI-H) receiving immunotherapies |
| Kevin Wood | - Upper and other GI Malignancies |
| Smita Joshi | - Merck LOI perioperative immunotherapy for gastroesophageal cancer |

- Joshi SS, Maron SB, **Catenacci DVT**. Pembrolizumab for treatment of advanced gastric and gastroesophageal junction adenocarcinoma. Nov 2. doi: 10.2217/fon-2017-0436. [Epub ahead of print] 2017 *Future Oncology*. PMID: 29094609

| | |
|---|---|
| 2017/19: | Smita Joshi – GI clinical oncology, clinical trials, translational GI research |
| | Anu Neerukonda – GI clinical oncology |
| 2018- | Natalie Reizer – GI Oncology, Pharmacogenomics Program, UGT1A1 genotype directed dosing of irinotecan in GI malignancies. |

- Clinical trial IIT: A Phase 1 Dose Titration Study of UGT1A1 genotype directed dosing of Irinotecan combined with 5FU, leucovorin, oxaliplatin and docetaxel in patients with advanced upper gastrointestinal adenocarcinoma

**Catenacci Lab Castle Foundation Scholars and Mentorship**

The Castle Foundation Award is a gift provided by the Castle Foundation with intention for the fostering and training of students in the research of gastroesophageal cancer and other gastrointestinal malignancies. The funding is to support research conducted, with my supervision and mentorship, with the participation of i) students who have completed their Undergraduate Degree with the intention of applying to various Graduate Schools in in the medical field (Medical School, Graduate School, Nursing School, Physician Assistant School) or ii) Fellows completing their Oncology Fellowship with intention to have a career in Academia. A recent gift of $1.475million over 5 years was given to this translational/laboratory research effort.

| | |
|---|---|
| 2013-2016: | Les Henderson – career development --> Senior Cytogenetic Technologist, WI |

- Henderson L, Peng Xu, Rambo B, Liao WL, J, Hembrough T, **Catenacci DVT**. *KRAS* gene amplification defines a distinct molecular subgroup of gastroesophageal adenocarcinoma that may benefit from combined anti-RAS/RAF/MEK/ERK and PIK3/PTEN/mTOR/AKT pathway inhibition. AACR KRAS Feb 21-24, 2014. Orlando FL (Abstr 55).

| | |
|---|---|
| 2013-14: | Brittany Rambo Physician Assistant (see contributions in publication list above) |
| 2015-16: | Rachel Rendak Nurse Practioner (see contributions in publication list above) |
| 2014-16: | Emily O'Day Physician Assistant (see contributions in publication list above) |
| 2016-18: | Samantha Lomnicki   Medical School (see contributions in publication list above) |
| 2017-2019 | Steve Maron Coggeshall Fellow/Castle Foundation Scholar → MSKCC 12/01/18 |
| | K12 2018 - "The impact of intra-patient tumor genomic heterogeneity on immune environment heterogeneity and immune checkpoint blockade resistance." |
| | ASCO YIA 2018 "Intra-patient tumor immune environment heterogeneity and immune checkpoint blockade resistance." |
| | AACR YIA 2018 "Intra-patient tumor heterogeneity and checkpoint blockade resistance." |

- Maron S, Alpert L, Kwak HA, Lomnicki S, Chase L, Xu D, O'Day E, Nagy RJ, Lanman RB, Cecchi F, Hembrough T, Hart J, Xiao SY, Setia N, **Catenacci DVT.** Targeted therapies for targeted populations: anti-EGFR therapy for *EGFR* amplified gastroesophageal adenocarcinoma. *Epub ahead of print Feb 15  Cancer Discovery 2018*.PMID 29449271

| | |
|---|---|
| 2017-2019 | Leah Chase Medical School Candidate (see contributions in publication list above) |
| 2019- | Nicole Arndt |
| | Natalie Reizine – Pharacogenomics and Heme/Onc Fellowship |
| | Development of UGT1A1 genotyping and dose finding study with irinotecan in advanced GI malignancies. |

**Journal of Clinical Oncology Precision Oncology/ASCO Reviewer Mentorship Program:**

Daniel Catenacci, M.D.

2019-2020      Lorenzo Gerratana, Xuemei Ji, Andrea Napolitano.