# EXHIBIT F

10912 ASHLAND MILL COURT
RALEIGH, NC 27617
June 11, 2020

Casandra Green
Vickery & Shepherd
Park Laureate
10000 Memorial Drive, Suite 750
Houston, TX 77024-3485



RECEIVED
JUN 16 2020

Re: Chest X-ray B Reading for Rodolfo Rodriguez

Dear Ms. Green:

This letter summarizes the NIOSH B-read for Rodolfo Rodriguez dated 10/11/2016.

The chest film was provided on a drive. The film quality was grade 2 as there was overlay of the scapulae. Parenchymal abnormalities of s/t size and shape were noted in the lower zones bilaterally of profusion 1/0. In the setting of appropriate occupational exposure, this finding is supportive of asbestosis. There were pleural abnormalities observed, supportive of asbestos-related disease in the form of *en face* plaques bilaterally. The plaques showed no evidence of calcification and extended more than one-half the length of the chest wall. Other abnormalities noted include an ill-defined hemidiaphragm.

Sincerely,

Courtney Crim, M.D.

Rodriguez, R.

# CHEST RADIOGRAPH CLASSIFICATION
## FEDERAL MINE SAFETY AND HEALTH ACT OF 1977
### DEPARTMENT OF HEALTH AND HUMAN SERVICES
### CENTERS FOR DISEASE CONTROL & PREVENTION

Coal Workers' Health Surveillance Program
National Institute for Occupational Safety and Health
1095 Willowdale Road, MS LB208
Morgantown, WV 26505

OMB No.: 0920-0020
CDC/NIOSH (M) 2.8
REV. 12/2013

**DATE OF RADIOGRAPH (m -d - ):** 10-11-2016

**EXAMINEE'S Social Security Number:** [blank]

**TYPE OF READING:** A ☐  B ☒  F ☐   CD

**FACILITY ID#:** [blank]

Note: Please record your interpretation of a single radiograph by placing an "x" in the appropriate boxes on this form. Classify all appearances described in the ILO International Classification of Radiographs of Pneumoconiosis or Illustrated by the ILO Standard Radiographs. Use symbols and record comments as appropriate.

### 1. IMAGE QUALITY
Grade: 1 ☐  2 ☒  3 ☐  U/R ☐
(If not Grade 1, mark all boxes that apply)
- Overexposed (dark) ☐
- Underexposed (light) ☐
- Artifacts ☐
- Improper position ☒
- Poor contrast ☐
- Poor processing ☐
- Underinflation ☐
- Mottle ☐
- Other (please specify) ☐

Scapular overlay

### 2A. ANY CLASSIFIABLE PARENCHYMAL ABNORMALITIES?
YES ☒ — Complete Sections 2B and 2C
NO ☐ — Proceed to Section 3A

### 2B. SMALL OPACITIES

a. SHAPE/SIZE — PRIMARY: p/**s** (s marked); SECONDARY: p/**t** (t marked — q/t)

| | PRIMARY | SECONDARY |
|---|---|---|
| Round | p / q / r | p / q / r |
| Irregular | s ☒ / t / u | s / t ☒ / u |

b. ZONES:
| | R | L |
|---|---|---|
| UPPER | | |
| MIDDLE | | |
| LOWER | ☒ | ☒ |

c. PROFUSION: 0/-  0/0  0/1  1/0 ☒  1/1  1/2  2/1  2/2  2/3  3/2  3/3  3/+

### 2C. LARGE OPACITIES
SIZE: 0 ☒  A  B  C — Proceed to Section 3A

### 3A. ANY CLASSIFIABLE PLEURAL ABNORMALITIES?
YES ☐ — Complete Sections 3B, 3C
NO ☐ — Proceed to Section 4A

### 3B. PLEURAL PLAQUES (mark site, calcification, extent, and width)

| | Site (Chest wall) | Calcification | Extent (chest wall; combined for in profile and face on) | Width (in profile only) (3mm minimum width required) 3 to 5 mm = a; 5 to 10 mm = b; >10 mm = c |
|---|---|---|---|---|
| In profile | 0 ☒ R L | 0 R L | Up to 1/4 = 1; 1/4 to 1/2 = 2; >1/2 = 3 | |
| Face on | 0 R☒ L☒ | 0 ☒ R L | | |
| Diaphragm | 0 ☒ R L | 0 R L | 0 ☒ / 0 ☒ | R ☒ / L ☒ |
| Other site(s) | 0 ☒ R L | 0 R L | 1 2 3☒ / 1 2 3☒ | a b c / a b c |

### 3C. COSTOPHRENIC ANGLE OBLITERATION
R L — Proceed to Section 3D
NO ☒ — Proceed to Section 4A

### 3D. DIFFUSE PLEURAL THICKENING (mark site, calcification, extent, and width)

| | Site (Chest wall) | Calcification | Extent | Width |
|---|---|---|---|---|
| In profile | O R L | O R L | O R / O L | O R / O L |
| Face on | O R L | O R L | 1 2 3 / 1 2 3 | a b c / a b c |

### 4A. ANY OTHER ABNORMALITIES?
YES ☒ — Complete Sections 4B, 4C, 4D, 4E
NO ☐ — Proceed to Section 5

### 4B. OTHER SYMBOLS (OBLIGATORY)
aa  at  ax  bu  ca  cg  cn  co  cp  cv  di  ef  em  es  fr  hi  ho  id☒  ih  kl  me  pa  pb  pi  px  ra  rp  tb

OD — If other diseases or significant abnormalities (OD), findings must be recorded on reverse. (section 4C/4D) (See reverse for other symbol definitions.)

### 4E. Should worker see personal physician because of findings in section 4?
YES ☐   NO ☐
Proceed to Section 5

Date Physician or Worker notified? (mm-dd-yyyy): [blank]

**4B. Other Symbol Definitions**

Each of the following definition of symbols assumes an introductory qualifying word or phrase such as "changes indicative of" or "opacities suggestive of", or "suspect."

| | | | |
|---|---|---|---|
| aa | atherosclerotic aorta | hi | enlargement of non-calcified hilar or mediastinal lymph nodes |
| at | significant apical pleural thickening | ho | honeycomb lung |
| ax | coalescence of small opacities - with margins of the small opacities remaining visible, whereas a large opacity demonstrates a homogeneous opaque appearance - may be recorded either in the presence or in the absence of large opacities | id | ill-defined diaphragm border - should be recorded only if more than one-third of one hemidiaphragm is affected |
| | | ih | ill-defined heart border - should be recorded only if the length of the heart border affected, whether on the right or on the left side, is more than one-third of the length of the left heart border |
| bu | bulla(e) | | |
| ca | cancer, thoracic malignancies excluding mesothelioma | kl | septal (Kerley) lines |
| cg | calcified non-pneumoconiotic nodules (e.g. granuloma) or nodes | me | mesothelioma |
| cn | calcification in small pneumoconiotic opacities | pa | plate atelectasis |
| co | abnormality of cardiac size or shape | pb | parenchymal bands - significant parenchymal fibrotic stands in continuity with the pleura |
| cp | cor pulmonale | | |
| cv | cavity | pi | pleural thickening of an interlobar fissure |
| di | marked distortion of an intrathoracic structure | px | pneumothorax |
| ef | pleural effusion | ra | rounded atelectasis |
| em | emphysema | rp | rheumatoid pneumoconiosis |
| es | eggshell calcification of hilar or mediastinal lymph nodes | tb | tuberculosis |
| fr | fractured rib(s) (acute or healed) | | |

**4C. MARK ALL BOXES THAT APPLY:** (Use of this list is intended to reduce handwritten comments and is optional)

**Abnormalities of the Diaphragm**
☐ Eventration
☐ Hiatal hernia

**Airway Disorders**
☐ Bronchovascular markings, heavy or increased
☐ Hyperinflation

**Bony Abnormalities**
☐ Bony chest cage abnormality
☐ Fracture, healed (non-rib)
☐ Fracture, not healed (non-rib)
☐ Scoliosis
☐ Vertebral column abnormality

**Lung Parenchymal Abnormalities**
☐ Azygos lobe
☐ Density, lung
☐ Infiltrate
☐ Nodule, nodular lesion

**Miscellaneous Abnormalities**
☐ Foreign body
☐ Post-surgical changes/sternal wire
☐ Cyst

**Vascular Disorders**
☐ Aorta, anomaly of
☐ Vascular abnormality

**4D. OTHER COMMENTS**

5. **PHYSICIAN'S Social Security Number*** *Furnishing your social security number is voluntary. Your refusal to provide this number will not affect your right to participate in this program.

**READER'S INITIALS:** C C

**DATE OF READING (m-d- ):** 06-11-2020

SIGNATURE

**PRINTED NAME (LAST, FIRST MIDDLE):** CRIM, Courtney

**STREET ADDRESS**

**CITY:** Raleigh

**STATE:** NC

**ZIP CODE:** 27617

Public reporting burden of this collection of information is estimated to average 3 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection information, including suggestings for reducing this burden to CDC, Project Clearance Officer, 1600 Clifton Road, MS E-11, Atlanta, GA 30333, ATTN: PRA (09020-0020). Do not send the completed form to this address.